**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**FEDERAL TRADE COMMISSION**

Plaintiff,

v.

**TOP HEALTHCARE OPTIONS INSURANCE COMPANY INC, et al.,**

Defendants.

Case No. ____________

**APPENDIX TO PLANTIFF'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF A TEMPORARY RECEIVER, AND OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

**FILED UNDER SEAL**


| **TITLE** | **App. #** |
|---|---|
| **Volume I** | |
| Declaration of Christina Aalto | 1-6 |
| Attachment A – Christina Aalto Call Recording | 7 |
| Certified Transcript of Christina Aalto Call Recording ("Aalto Call Transcript") | 8-53 |
| Declaration of Kathryn Giugliano | 54-82 |
| Declaration of Stefany Horn | 83-149 |
| Declaration of Michael Huff | 150-155 |
| Declaration of Gunnar Lagerberg | 156-295 |
| **Volume II** | |
| Declaration of Elsa Lee | 296-327 |
| Declaration of Ethan Lutz | 328-377 |
| Declaration of Dru Musselman | 378-390 |
| Declaration of Alie Schreck | 391-402 |
| Declaration of Ajit Singh | 403-498 |
| **Volume III** | |
| Declaration of Claire Stephan | 499-542 |
| Declaration of Ryan Sweeney | 543-552 |
| Declaration of Natasha Sweeney | 553-579 |

| Volume IV | |
|---|---|
| Declaration of Christen Linke Young, Expert | 580-605 |
| Declaration of Christopher McGuire | 606-616 |
| Declaration of Glenn Chapter | 617-621 |
| Declaration of Doug McKenney, FTC Investigator | 622-665 |
| Certified Transcript of Brent McPeek Call Recording ("Undercover Call Transcript") | 666-682 |
| **Volume V** | |
| Declaration of Brent McPeek, FTC Investigator ("McPeek Declaration") | 683-712 |
| McPeek Declaration – Attachment A | 714-751 |
| McPeek Declaration – Attachment B | 752-940 |
| McPeek Declaration – Attachment C | 941-1015 |
| McPeek Declaration – Attachment D | 1016-1017 |
| McPeek Declaration – Attachment E | 1018-1271 |
| McPeek Declaration – Attachment F | 1272-1362 |
| McPeek Declaration – Attachment G | 1363-1364 |
| **Volume VI** | |
| McPeek Declaration – Attachment H | 1365-1488 |
| McPeek Declaration – Attachment I | 1489-1534 |
| **Volume VII** | |
| McPeek Declaration – Attachment J | 1535-1573 |
| McPeek Declaration – Attachment K | 1574-1575 |
| McPeek Declaration – Attachment L | 1576-1578 |
| McPeek Declaration – Attachment M | 1579-1598 |