# DECLARATION OF FTC INVESTIGATOR BRENT D. MCPEEK PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Brent D. McPeek declares that:

1. My name is Brent D. McPeek. I am over the age of 21 and competent to give this declaration. I am a Federal Trade Investigator with the Federal Trade Commission (FTC). I have a Bachelor of Science degree in agricultural economics with a minor in finance, as well as a Master of Science degree in applied economics. I have been an investigator at the FTC for more than 16 years. My business address is Federal Trade Commission, Southwest Region, 1999 Bryan Street, Suite 2150, Dallas, Texas 75201.

2. As a Federal Trade Investigator, my duties include investigating parties suspected of engaging in unfair or deceptive acts or practices in violation of the FTC Act and any other laws or rules enforced by the FTC. I also gather information and review documents, financial records, and other evidence in connection with FTC investigations and federal court litigation. In my capacity as an investigator, I routinely pose as a consumer who is not affiliated with the FTC, and I am authorized to record telephonic conversations with parties suspected of violating any of the statutes or rules enforced by the FTC.

3. As part of my duties, I was assigned to work on the FTC's investigation of Top Healthcare Options Insurance Agency Inc (**THO**); Golden State Advisors Insurance Agency LLC (**Golden State Advisors**); Top Healthcare Solutions LLC (**Top Healthcare Solutions**); Direct Health Solutions Insurance Agency, LLC (**Direct Health Solutions**); Prime Healthcare Solutions Insurance Agency LLC (**Prime Healthcare Solutions**); Premier Services Group Hub LLC (**Premier Services Group**); Elevation Media Group LLC (**Elevation Media Group**); Sargent Financial LLC (**Sargent Financial**); Ramz Media Marketing LLC (**Ramz Media Marketing**); (collectively, **Corporate** Defendants); and related individuals **Tiffanie Gonzalez**;

**Ramzey Hassoun**; and **Richard Sargent** (collectively, **Individual Defendants**; and collectively with the Corporate Defendants, **Defendants**).

4. During the FTC's non-public investigation, I acquired personal knowledge and information about the facts stated here, and, if called, would testify to the same. Any conclusions are based on my investigation, including my undercover purchase and related telephone conversation and email communications, website captures, corporate records, county property records, financial account records, and other documents and evidence obtained by the FTC. As a matter of course, all records and evidence included in the Appendix have been redacted to remove any Sensitive Personally Identifiable Information ("SPII") or Sensitive Health Information ("SHI").

**SECRETARY OF STATE CORPORATE RECORDS**

**(Attachment A)**

5. During the course of this investigation, I obtained business records from the Florida Department of State, Division of Corporations' publicly available website at https://dos.fl.gov/sunbiz/ for the Corporate Defendants. I attached true and correct copies of these records in the Appendix as detailed below.

Top Healthcare Options Insurance Agency Inc

6. THO filed its Articles of Incorporation in Florida on May 30, 2019. App. 715 – 716. The name and address of the initial registered agent was Monica Reed, 2900 Gateway Dr, Unit C, Pompano Beach, FL 33069. App. 715. The incorporator and initial officer/director was Tiffanie Gonzalez, 8409 N Coral Circle, North Lauderdale, FL 33068. App. 716. Tiffanie's address was also listed as the principal place of business and mailing address. App. 715.

7. Tiffanie Gonzalez, on behalf of THO, filed an Application for Registration of Fictitious Business Name on May 7, 2024. App. 717. The registered fictitious name is "Top Healthcare Options." *Id.*

8. THO filed its 2025 Amended Annual Report on April 24, 2025. App. 718. The principal place of business and mailing address is 401 Fairway Dr, Suite 300, Deerfield Beach, FL 33441. *Id.* The current registered agent and president is Tiffanie Gonzalez, 401 Fairway Dr, Suite 300, Deerfield Beach, FL 33441. *Id.*

Golden State Advisors Insurance Agency LLC

9. Golden State Advisors filed its Articles of Organization on July 15, 2024. App. 719 – 723. The principal place of business and mailing address was 500 Fairway Dr, Suite 102, Deerfield Beach, FL 33441. App. 722. Ryan Froio, at the same address, was the initial registered agent. *Id.* The initial managers were Benjamen Collier, at 11607 NW 48th St, Coral Springs, FL 33076, and Ryan Froio at 212 SE 22nd Ave, Apt. 7, Pompano Beach, FL 33062. App. 723.

10. Golden State Advisors filed its 2025 Annual Report on January 13, 2025. App. 724. The principal place of business and mailing address is still 500 Fairway Dr, Suite 102, Deerfield Beach, FL 33441. *Id.* The current registered agent is Abigail Gonzalez. The current managers are Richard Sargent and Sargent Financial LLC, located at 9316 Boca Gardens Pkwy, Apt. C, Boca Raton, FL 33496. *Id.*

Top Healthcare Solutions LLC

11. Top Healthcare Solutions filed its Articles of Organization on November 19, 2019. App. 725 – 726. The principal place of business and mailing address was 3303 West Commercial Blvd, 190-B, Tamarac, FL 33319. App. 725. Haley Jeffers, at the same address,

was the initial manager. App. 726. John Mahaney IV, at 1000 South Ocean Blvd, 10 K, Pompano Beach, FL 33062, was the initial registered agent. App. 725.

12. Top Healthcare Solutions filed an Application for Registration of Fictitious Business Name on March 2, 2022. App. 727. The registered fictitious business name is Top Healthcare Solutions Insurance Agency. *Id.*

13. Top Healthcare Solutions filed its 2025 Annual Report on February 19, 2025. App. 728. The manager and current registered agent is John Mahaney IV at 500 Fairway Dr, Ste. 101, Deerfield Beach, FL 33441.[1] *Id.*

Direct Health Solutions Insurance Agency, LLC

14. Direct Health Solutions filed its Articles of Organization on July 25, 2022. App. 729 – 730. The principal place of business and mailing address was 5010 NW 57 Terrace, Coral Springs, FL 33067. App. 729. Sandra Chreim, at the same address, was the initial registered agent and was also an authorized member. App. 730. Amer Elaref, at 11360 NW 22nd St, Plantation, FL 33323, was also listed as an authorized member. *Id.*

15. Direct Health Solutions filed its 2025 Annual Report on January 13, 2025. App. 731. The current mailing address and principal place of business is 450 Fairway Dr, Ste. 204, Deerfield Beach, FL 33441. Sandra Chreim and Amer Elaref's addresses also reflect the new business address on the 2025 Annual Report. *Id.*

Prime Healthcare Solutions Insurance Agency LLC

16. Prime Healthcare Solutions filed its Articles of Organization on June 19, 2023. App. 732 – 736. The principal place of business and mailing address is 450 Fairway Dr, Ste.

[1] Although the address listed on the annual report states "Deerfield, FL 33441", the true address is Deerfield Beach, FL 33441.

204, Deerfield Beach, FL 33441. App. 735. Ryan Froio, at the same address, was the registered agent and authorized member. App. 735 – 736.

17. Prime Healthcare Solutions filed its 2025 Annual Report on January 29, 2025. App. 737. The report indicates that Ryan Froio is still the registered agent and authorized member, and the business address is still 450 Fairway Dr, Ste. 204, Deerfield Beach, FL 33441. *Id.*

Premier Services Group

18. Premier Services Group filed its Articles of Organization on July 3, 2024. App. 738 – 741. The initial mailing address and principal office was 500 Fairway Dr, Ste. 102, Deerfield Beach, FL 33441. App. 740. The initial registered agent was Adam Cohen, Esq., c/o Becker & Poliakoff, 1 East Broward Blvd, Ste. 1800, Fort Lauderdale, FL 33301. *Id.* The name and address of the initial manager was Tiffanie Gonzalez, 500 Fairway Dr, Ste. 102, Deerfield Beach, FL 33441. *Id.*

19. Premier Services Group filed an Application for Registration of Fictitious Name July 24, 2024. App. 742. The registered fictitious business name is Premier Services Group Hub Insurance Agency LLC. *Id.*

20. Premier Services Group filed its 2025 Annual Report on January 29, 2025. App. 743. The current mailing address and principal place of business is 400 Fairway Dr, Ste. 300, Deerfield Beach, FL 33441. *Id.* The current registered agent is Adam Cohen, Esq., 1 East Broward Blvd, Ste. 1800, Fort Lauderdale, FL 33301. *Id.* The manager is Tiffanie Gonzalez, 400 Fairway Dr, Ste. 300, Deerfield Beach, FL 33441. *Id.*

Elevation Media Group LLC

21. Elevation Media Group filed its Articles of Organization on December 24, 2019. App. 744. The initial mailing address and place of business was 8409 N Coral Circle, Fort Lauderdale, FL 33309. *Id.* The initial registered agent was Tiffanie Gonzalez, 8409 N Coral Circle, Fort Lauderdale, FL 33309. *Id.* Tiffanie Gonzalez also signed as the member or authorized representative. *Id.*

22. Elevation Media Group filed its 2025 annual report on April 7, 2025. App. 745. The current mailing address and principal place of business is 19921 Eagle Nest Rd, Cutler Bay, FL 33157. *Id.* The current CEO and registered agent is Tiffanie Gonzalez, 19921 Eagle Nest Rd, Cutler Bay, FL 33157. *Id.*

Sargent Financial LLC

23. Sargent Financial filed its Articles of Organization on October 31, 2018. App. 746 – 747. The initial mailing address and principal place of business was 20 NE 14th Ave, Apt. 6, Pompano Beach, FL 33060. App. 746. The initial registered agent and manager was Richard Sargent, 20 NE 14th Ave, Apt. 6, Pompano Beach, FL 33060. App. 746 – 747.

24. Sargent Financial filed an Application for Registration of Fictitious Name on July 3, 2023. App. 748. The registered fictitious name is WeMake Media LLC. *Id.*

25. Sargent Financial filed its 2025 Annual Report on January 29, 2025. App. 749. The current mailing address and principal place of business is 9316 Boca Gardens Pkwy, Apt. C, Boca Raton, FL 33496. *Id.* The current president and registered agent is Richard Sargent, 9316 Boca Gardens Pkwy, Apt. C, Boca Raton, FL 33496. *Id.*

<u>Ramz Media Marketing LLC</u>

26. Ramz Media Marketing filed its Articles of Organization on December 24, 2019. App. 750. The initial mailing address and principal place of business was 8409 N Coral Circle, North Lauderdale, FL 33068. *Id.* The initial registered agent and member was Ramzey Hassoun at 8409 N Coral Circle, North Lauderdale, FL 33068. *Id.*

27. Ramz Media Marketing filed its 2025 Annual Report on April 8, 2025. App. 751. The current mailing address and principal place of business is 11360 NW 22nd Street, Plantation, FL 33323. The current CEO and registered agent is Ramzey Hassoun, 11360 NW 22nd Street, Plantation, FL 33323. *Id.*

**<u>Defendant Summary Chart</u>**[2]

| Company | Principal Place of Business | Management | Registered Agent Address | Registered Agent |
|---|---|---|---|---|
| THO | 401 Fairway Dr, Ste 300 | Tiffanie Gonzalez | 401 Fairway Dr, Ste 300 | Tiffanie Gonzalez |
| Golden State Advisors | 500 Fairway Dr, Ste 102 | Richard Sargent | 500 Fairway Dr, Ste 102 | Abigail Gonzalez |
| Top Healthcare Solutions | 500 Fairway Dr, Ste 101 | John Mahaney | 500 Fairway Dr, Ste 101 | John Mahaney |
| Direct Health Solutions | 450 Fairway Dr, Ste 204 | Sandra Chreim; Amer Elaref | 450 Fairway Dr, Ste 204 | Sandra Chreim; Amer Elaref |
| Prime Healthcare Solutions | 450 Fairway Dr, Ste 204 | Ryan Froio | 450 Fairway Dr, Ste 204 | Ryan Froio |
| Premier Services Group | 400 Fairway Dr, Ste 300 | Tiffanie Gonzalez | 1 East Broward Blvd, Ste 1800; Ft. Lauderdale | Adam Cohen, Esq. |
| Elevation Media Group | 19921 Eagle Nest Rd, Cutler Bay, FL | Tiffanie Gonzalez | 19921 Eagle Nest Rd, Cutler Bay, FL | Tiffanie Gonzalez |
| Sargent Financial | 9316 Boca Gardens Pkwy Apt. C; Boca Raton | Richard Sargent | 9316 Boca Gardens Pkwy Apt. C; Boca Raton | Richard Sargent |
| Ramz Media Marketing | 11360 NW 22nd St Plantation, FL | Ramzey Hassoun | 11360 NW 22nd St Plantation, FL | Ramzey Hassoun |
| **Individual Defendant** | **Address** | | | |
| Tiffanie Gonzalez | 8633 Prospect Ln Parkland, FL | | | |
| Ramzey Hassoun | 11360 NW 22nd St Plantation, FL | | | |
| Richard Sargent | 9316 Boca Gardens Pkwy Apt. C; Boca Raton, FL | | | |

[2] Based on Florida Department of State records.

## NON-DEFENDANTS' RECORDS

## (Attachment B)

Other Companies Operated by Individual Defendants

28. Since 2017, Gonzalez, Hassoun, and Sargent have formed and/or dissolved two dozen other companies in Florida. App. 752 – 940. The chart below lists the companies operated by Individual Defendants that are not otherwise named as defendants.

| Company | Associated Individual(s) | Associated Address(es) | Formation Date | Status | Dissolution Date (if applicable) |
|---|---|---|---|---|---|
| TJG Insurance LLC | Gonzalez | 4007 N. University Dr. | 01/06/2016 | Inactive | 02/09/2017 |
| TJG Financial LLC | Gonzalez | 8633 Prospect Lane | 12/07/2021 | Active | N/A |
| Discount Health Advisors LLC | Gonzalez; Elaref; Hassoun | 450 Fairway Dr, Ste 105; 600 Fairway Dr, Ste 101 | 10/14/2020 | Inactive | 03/15/2022 |
| Senior Healthcare Partners LLC | Gonzalez | 500 Fairway Dr | 04/21/2022 | Inactive | 02/14/2024 |
| Affiliate Support Team LLC | Gonzalez | 500 Fairway, Ste 102 | 09/21/2022 | Inactive | 04/03/2025 |
| United American Life LLC | Gonzalez | 550 Fairway, Ste 107 | 01/03/2024 | Inactive | 04/03/2025 |
| Trusted Health Group Agency LLC | Gonzalez | 401 Fairway Dr, Ste 300; 500 Fairway Dr, Ste 102 | 06/25/2024 (registration) | Active | N/A |
| Helping Hand Media Co | Gonzalez, Hassoun | 550 Fairway Dr; 8409 N. Coral Circle | 04/28/2020 | Inactive | 09/24/2021 |
| Wealthology Enterprises Inc | Gonzalez, Hassoun | 500 Fairway Dr, Ste 102 | 04/20/2022 | Inactive | 01/09/2023 |
| Visions TH31 LLC | Gonzalez | 8633 Prospect Lane | 02/28/2023 | Active | N/A |
| Visions TH56 LLC | Gonzalez | 8633 Prospect Lane | 02/28/2023 | Active | N/A |
| Atlas Holdings Limited LLC | Gonzalez | 8633 Prospect Lane | 11/13/2024 | Active | N/A |
| Your Health Partners LLC | Gonzalez | 401 Fairway Dr, Ste 200 | 05/01/2025 | Active | N/A |
| Truecare Insurance Agency LLC | Gonzalez | 401 Fairway Dr, Ste 200 | 06/10/2025 | Active | N/A |
| Luxury Destination Advisors LLC | Hassoun | 500 Fairway Dr, Ste 102; 8633 Prospect Lane; 550 Fairway Dr | 04/26/2021 | Active | N/A |
| Matt Nye Music and Media LLC | Hassoun, Gonzalez | 11360 NW 22nd Street; 600 Fairway Dr, Ste 101 | 02/16/2022 | Inactive | 04/04/2023 |
| Discount Advisor Group LLC | Hassoun, Sargent | 550 Fairway Dr, Ste 103A; 500 Fairway Dr, Ste 102 | 09/08/2022 | Active | N/A |
| Visions TH69 LLC | Hassoun | 11360 NW 22nd Street | 02/20/2023 | Active | N/A |

| Company | Associated Individual(s) | Associated Address(es) | Formation Date | Status | Dissolution Date (if applicable) |
|---|---|---|---|---|---|
| Visions TH70 LLC | Hassoun | 11360 NW 22nd Street | 02/20/2023 | Active | N/A |
| RH Capital Limited LLC | Hassoun | 11360 NW 22nd Street | 01/06/2025 | Active | N/A |
| B O A T Marketing Inc | Hassoun | 500 Fairway Dr, Ste 206 | 10/04/2017 | Inactive | 09/27/2019 |
| Guiding Health Solutions Insurance Agency LLC | Sargent; Collier | 9316 Boca Gardens Pkwy, Apt C | 02/05/2024 | Inactive | 09/09/2024 |
| Allegiance Integrity Group Insurance Agency LLC | Sargent; Collier | 401 Fairway Dr, Ste 200 | 12/10/2024 | Active | N/A |
| America's Marketing Team Insurance Agency LLC | Sargent | 500 Fairway Dr, Ste 102 | 12/13/2024 | Active | N/A |

29. Based on my review of Florida Department of State records for each of these entities, many of these entities operate out of the same or neighboring addresses as the above Defendants' current and past addresses, such as 500 Fairway Drive, Suite 102 in Deerfield Beach, Florida 33441.

30. In addition, many of these entities use information related to THO on their registration documents. For instance, Gonzalez used the email address tiffanie.gonzalez@tophealthcareoptions.com on registration documents for (1) Visions TH31 LLC, (2) Visions TH56 LLC, (3) Atlas Holdings Limited LLC, (4) Your Health Partners LLC, (5) Truecare Insurance Agency LLC, (6) United American Life LLC, (7) TJG Financial LLC, and (8) Affiliate Support Team.

31. Hassoun used the email address tho.ramzeyhassoun@gmail.com on the registration documents for: (1) Luxury Destination Advisors LLC, (2) Matt Nye Music and Media LLC, and (3) Discount Health Advisors LLC.

32. Sargent used the email address Richard.sargent@tophealthcareoptions.com on registration documents for: (1) Discount Advisor Group LLC and (2) Guiding Health Solutions Insurance Agency LLC; and the email address richard.sargent@gsadvisorsllc.com on registration documents for America's Marketing Team Insurance Agency LLC.

Texas Secretary of State Records

33. Adroit Health Group LLC is a Texas limited liability company that conducted business with some of the Corporate Defendants. I attached true and correct certified copies of Texas Secretary of State records in the Appendix at App. 935 – 940. Adroit Health Group LLC filed its Certificate of Formation with the Texas Secretary of State on April 12, 2016. App. 937 – 938. Adroit Health Group filed an Assumed Name Certificate for "Strata Health Group" on March 18, 2022. App. 939 – 940.

## WEBSITE AND SOCIAL MEDIA CAPTURES

## (Attachment C)

34. During this investigation, I viewed and saved several websites and social media profile pages related to Defendants, as well as some pages from the Healthcare.gov website. These captures are included in the Appendix at App. 941 – 1015.

35. On August 7, 2024, I downloaded the Profile, Resume, and Activity pages from Tiffanie Gonzalez's LinkedIn profile, as well as the About and Posts pages from the Golden State Advisors LinkedIn profile. App. 942 – 967.

36. On September 26, 2025, I captured the "Out of Pocket maximum/limit" and "What marketplace health insurance plans cover" pages from the Healthcare.gov website. App. 968 – 971.

37. On August 13, 2025, I captured pages from the Premier Service Group website at www.premierservicegroup.info. App. 972 – 997.

38. On August 7, 2024, I captured the main page of the Top Healthcare Options website at www.thohealthcare.info. App. 998 – 999.

39. On August 19, 2024, I downloaded the customer success story profile for Top Healthcare Options from the Convoso website at www.convoso.com/case-studies/customer-story-insurance-call-center-scales-over-1000-percent. App. 1000 – 1015.

**UNDERCOVER PURCHASE**

**(Attachments D & E)**

40. On December 6, 2024, I completed an undercover call and purchase in order to obtain evidence of Defendants' representations during sales calls with typical consumers as well as documentation and other evidence related to the products Defendants are selling.

Attachment D

41. The recording of this undercover call is attached to the Appendix at App. 1017. The associated transcript is attached to the Appendix at App. 666 – 682.

Attachment E

42. Emails related to my enrollment are attached to the Appendix at App. 1018 – 1033.

43. The enrollment verification document I signed on December 6, 2024, is attached to the Appendix at App. 1034 – 1048.

44. On December 6, 2024, and various dates after, I accessed the member portal link included in the Enrollment Confirmation email of the same date. I captured the member documents and other records I was able to access within the member portal. Due to the

voluminous nature of some of the documents downloaded from the member portal, I attached an excerpt of these documents to the Appendix at App. 1049 – 1271.

45. On or about February 26, 2024, I provided the full extent of these records to Christen Linke Young, an expert contracted by the FTC in this matter.

## OTHER LAWSUITS

## (Attachment F)

46. Nxt Level Health, LLC filed a lawsuit against THO in Broward County, Florida, on December 18, 2020, Broward County Case Number CACE 20-021301. Plaintiff Nxt Level Health filed the Deposition Transcripts of Tiffanie Gonzalez on May 5, 2023, Filing Number 172563960. Due to the voluminous number of pages in these transcripts, I attached selected pages from the transcripts to the appendix at App. 1272 – 1362.

## CIVIL INVESTIGATIVE DEMANDS

47. As part of the FTC's investigation of Defendants, and pursuant to Section 20 of the FTC Act, 15 U.S.C. § 57b-1, the FTC issued Civil Investigative Demands (CIDs) to third-party entities having information relevant to the investigation. I am the designated records custodian of these records. FTC staff and I have reviewed these documents.

48. In some instances, the contents of the CID responses were voluminous and replete with Personally Identifiable Information ("PII") and cannot be conveniently examined in court. Consistent with Federal Rule of Evidence 1006, I have prepared a summary or chart to prove the content of these records. The originals or duplicates will be made available upon request at a reasonable time and place.

## Website Registrations

## (Attachment G)

Tucows Inc.

49. Tucows Inc.'s ("Tucows") response to the FTC's CID included website registration information for **premierservicegroup.info** and **thohealthcare.info**. I attached the business records declaration to the Appendix at App. 1364.

50. Richard Sargent is the individual associated with the domain registrations accounts for both websites.

51. The Tucows records show that Richard Sargent is the registrant, administrator, billing, and technical contact for the registration of the premierservicegroup.info website domain. The email address associated with the account is humanresources@servicegrouphub.com. The mailing address is 500 Fairway Dr, Deerfield Beach, FL 33441.

52. The Tucows records further show that Richard Sargent is the registrant, administrator, billing, and technical contact for the registration of the thohealthcare.info website domain. The mailing address is 500 Fairway Dr, Deerfield Beach, FL 33441.

## Financial Accounts Records

JPMorgan Chase Bank ("JPMorgan") – Attachment H

53. JPMorgan's response to the FTC's CID included business bank account records related to several Defendants consisting of account depository certificates and signature cards, monthly account statements, and transaction records in spreadsheet format. As stated above, these records were voluminous and replete with PII. As such, I only included the Business Records Certifications, account certificates, and signature cards in the Appendix at App. 1366 – 1488.

*Commissions*

54. According to the JPMorgan bank records, Defendants received more than $41 million in commissions payments from Adroit Health Group (including Strata) between July 2020 and December 2024.

| Adroit Health Group Commission Payments | | | | |
|---|---|---|---|---|
| **Recipient** | **Account Number** | **Beg Date** | **End Date** | **Total** |
| Direct Health Solutions | xx5063 | 11/1/2022 | 11/1/2024 | $ 3,837,729.98 |
| Golden State Advisors | xx2522 | 8/9/2024 | 12/1/2024 | $ 934,318.92 |
| Top Healthcare Options | xx5511 | 7/17/2020 | 12/1/2024 | $ 34,835,391.65 |
| Prime Healthcare Solutions | xx5581 | 7/7/2023 | 2/2/2024 | $ 1,626,096.40 |
| **Total Commissions Payments from Adroit Health Group** | | | | **$ 41,233,536.95** |

55. Between July 2019 and December 2024, THO also received payments from Health Plan Intermediaries Holdings ("HPIH"), Premier Health Solutions, and Dynamic Health totaling $7,178,520.68.

| Payments to Top Healthcare Options (Account xx5511) | | | |
|---|---|---|---|
| **Source** | **Beg Date** | **End Date** | **Total** |
| HPIH | 7/19/2019 | 9/15/2022 | $ 42,042.77 |
| Adroit / Strata | 7/17/2020 | 12/10/2024 | $ 34,835,391.65 |
| Premier Health Solutions | 10/18/2019 | 12/13/2024 | $ 4,542,045.70 |
| Dynamic Health | 12/31/2020 | 12/11/2024 | $ 2,594,432.21 |
| **Total Payments to THO** | | | $ 42,013,912.33 |

*Deposits, Withdrawals, and Transfers*

56. Based on my observations, Defendants receive hundreds of thousands of dollars of income and deposits to their JPMorgan accounts on a monthly basis. Records show that THO alone regularly receives more than $1 million to its JPMorgan accounts monthly.

57. I have also observed that Corporate Defendants generally withdrew or transferred out almost all the income they received each month. In general, whatever funds that were not used for business-related expenditures were otherwise withdrawn for personal use or used to pay

personal bills or credit card expenditures. Often, Defendants have charged more than $500,000 a month to their corporate cards. For example, Tiffanie Gonzalez made payments from the THO Account xx5503 to American Express between June 2019 and December 2024 totaling $23,584,567.48. The following chart shows the total inflow and outflow of funds during the period for which records were available in JPMorgan's production for some of the Corporate Defendants.

| Money Flow in Defendants' Accounts | | | | |
|---|---|---|---|---|
| **Account** | **Beg Date** | **End Date** | **Total Deposits** | **Total Withdrawals** |
| THO - Acct. xx5503 | Oct-19 | Nov-24 | $ 26,731,840.59 | $ 26,564,173.74 |
| THO - Acct. xx5511 | May-20 | Nov-24 | $ 55,002,746.29 | $ 55,025,744.03 |
| Golden State Advisors - Acct. xx2522 | Aug-24 | Nov-24 | $ 1,537,768.30 | $ 1,395,240.93 |
| Golden State Advisors - Acct. xx5665 | Aug-24 | Nov-24 | $ 712,648.69 | $ 712,627.02 |
| Golden State Advisors - Acct. xx5673 | Aug-24 | Nov-24 | $ 602,866.24 | $ 601,265.15 |
| Direct Health Solutions - Acct. xx5030 | Sep-22 | Nov-24 | $ 3,110,902.72 | $ 3,110,857.08 |
| Direct Health Solutions - Acct. xx5063 | Oct-22 | Nov-24 | $ 4,290,893.38 | $ 4,246,177.12 |
| Direct Health Solutions - Acct. xx5089 | Nov-22 | Nov-24 | $ 1,167,923.91 | $ 1,165,372.98 |
| Prime Healthcare Solutions - Acct. xx5581 | Jun-23 | Nov-24 | $ 1,797,780.92 | $ 1,797,360.92 |

58. Based on my observations, Defendants have also made payments to one another, or otherwise transferred funds between their various accounts. For example, I observed that the very first transactions in Prime Healthcare Solutions' checking account were two transfers from THO for of thousands of dollars. I also observed payments from THO to Direct Health Solutions shortly after Direct Health Solutions opened its checking account. The following chart provides a very small sample showing other typical types of transfers to THO (account xx5503) from entities related to Defendants.

| Examples of Deposits from Related Entities - THO Acct. xx5503 | | | |
|---|---|---|---|
| **Source** | **Description** | **Date** | **Amount** |
| Top Healthcare Solutions | Check | 02/17/20 | $ 19,246.00 |
| Ramzey Hassoun | Check | 07/07/20 | $ 30,000.00 |
| Top Healthcare Direct Insurance Agency | Zelle Payment | 08/01/23 | $ 7,500.00 |
| Direct Health Solutions | Zelle Payment | 08/01/23 | $ 6,500.00 |
| Elite Care Direct | Zelle Payment | 08/01/23 | $ 6,000.00 |
| Prime Healthcare Solutions | Zelle Payment | 08/01/23 | $ 4,500.00 |
| Healthcare Innovation Advisors | Zelle Payment | 08/01/23 | $ 3,000.00 |
| Elite Care Direct | Zelle Payment | 08/02/23 | $ 2,000.00 |
| Prime Healthcare Solutions | Zelle Payment | 08/11/23 | $ 250.00 |
| Direct Health Solutions | Zelle Payment | 08/18/23 | $ 50.00 |
| Elite Care Direct | Zelle Payment | 08/18/23 | $ 50.00 |
| Elite Care Direct | Zelle Payment | 08/25/23 | $ 50.00 |
| Top Healthcare Direct Insurance Agency | Zelle Payment | 08/31/23 | $ 7,500.00 |
| Direct Health Solutions | Zelle Payment | 08/31/23 | $ 6,500.00 |
| Elite Care Direct | Zelle Payment | 08/31/23 | $ 6,000.00 |
| Prime Healthcare Solutions | Zelle Payment | 08/31/23 | $ 4,500.00 |
| Healthcare Innovation Advisors | Zelle Payment | 08/31/23 | $ 3,000.00 |

American Express – Attachment I

59. The CID response from American Express included account applications, payment records, and monthly account statements for business credit card accounts for the Corporate Defendants. As stated above, these records were voluminous and replete with PII. As such, I have only attached the Business Records Certifications, account applications, and payment history for some of the Defendants at App. 1490 – 1534.

*Lead Generation*

60. Defendants use their American Express credit cards to make payments to lead generators. In reviewing a sample of these cards' American Express monthly account statements, I counted more than 25,000 transactions by Defendants making purchases from at least 19 different lead generators. In reviewing a small sample of the statements, I calculated that THO alone has paid more than $2 million to lead generators and in just one month alone,

specifically in December 2022, THO spent more than $405,000 purchasing leads using their American Express corporate credit cards.

*Personal Expenses*

61. Individual Defendants use their business credit card accounts for extravagant personal expenditures, including travel, jewelry and fine goods, sporting events, and live entertainment. Defendants also spent exorbitant amounts on charter yachts, luxury vehicles, and expensive nights out at restaurants and bars, including more than $12,000 at gentlemen clubs. Overall, the American Express account statements show more than 500 charges totaling more than $885,000 made by Defendants on these types of expenditures.[3] As such, the following charts provide only a limited number of examples of these expenditures.

| **Examples of Personal Travel Expenditures on Company Credit Cards** | | | | |
|---|---|---|---|---|
| **Description** | **Date** | **Company Account** | **Card User** | **Amount** |
| Las Vegas Trip - Gonzalez, Hassoun, Sargent, Calabrese | 4/7/24 | Top Healthcare Options | Richard Sargent | $ 13,630.14 |
| Las Vegas Trip - Gonzalez, Perez, Schnuer, Travers | 8/8/24 | Top Healthcare Options | Tiffanie Gonzalez | $ 7,843.92 |
| Cancun Trip - Gonzalez, Hassoun, Travers | 2/17/22 | Top Healthcare Options | Sargent / Gonzalez | $ 3,479.68 |
| Niagara Falls Trip - Hassoun, Elaref, Radwan, Wojciechowski | 1/13/23 | Ramz Media Mktg | Ramzey Hassoun | $ 7,952.14 |
| Eagles/49ers NFL Trip - Philadelphia - Hassoun, Satterfield | 1/27/23 | Ramz Media Mktg | Ramzey Hassoun | $ 43,405.33 |
| Las Vegas Trip - Hassoun, Radwan | 2/10/23 | Ramz Media Mktg | Ramzey Hassoun | $ 7,062.22 |
| Ritz Carlton | 6/8/23 | Top Healthcare Solutions | Alan Guerra | $ 2,860.05 |
| Ritz Carlton | 6/18/23 | Top Healthcare Solutions | John Mahaney | $ 238.00 |
| London/Rome Trip - Guerra & Kost families (airfare) | 3/15/23 | Top Healthcare Solutions | Alan Guerra | $ 12,216.85 |
| Liberia Trip - Guerra, Kost (airfare) | 1/18/23 | Top Healthcare Solutions | Alan Guerra | $ 2,592.42 |
| Rome Trip - Guerra, Kost (airfare) | 5/4/23 | Top Healthcare Solutions | Alan Guerra | $ 12,041.10 |

[3] The American Express account statements further include thousands of additional smaller charges for personal expenditures using their business credit cards that were not included in the luxury or extravagant lifestyle types of categories detailed here.

| Examples of Personal Travel Expenditures on Company Credit Cards | | | | |
|---|---|---|---|---|
| **Description** | **Date** | **Company Account** | **Card User** | **Amount** |
| Salt Lake City Trip - Guerra family and Kost (airfare) | 12/20/24 | Top Healthcare Solutions | Alan Guerra | $ 5,863.80 |
| San Diego Trip - Sargent, Gonzalez, Schnuer, Calabrese | 10/6/22 | WeMake Media | Richard Sargent | $ 10,478.67 |
| Paris/Nice France Trip - Guerra/Kost (airfare) | 6/6/24 | Top Healthcare Solutions | Alan Guerra | $ 11,891.30 |
| Las Vegas Trip – Gonzalez, Hassoun, Sargent | 3/19/22 | Elevation Media Group | Tiffanie Gonzalez | $ 2,529.57 |

62. From 2021 through the end of 2024, Defendants used their business credit cards to pay for over $90,000 in expenditures towards luxury automobile expenditures and luxury yacht and boat charters.

| Examples of Luxury Automobile and Yacht Expenditures on Company Credit Cards | | | | |
|---|---|---|---|---|
| **Description** | **Date** | **Company Account** | **Card User** | **Amount** |
| Boat & Yacht Charters | Multiple | Ramz Media Marketing | Ramzey Hassoun | $ 8,316.10 |
| Luxury Automobile Expenditures (including Cadillac) | Multiple | Ramz Media Marketing | Ramzey Hassoun | $ 36,981.43 |
| Luxury Automobile Expenditures (including Mercedes Benz) | Multiple | Top Healthcare Options | Tiffanie Gonzalez | $ 11,310.26 |
| Automobile Expenditures (including Mercedes Benz) | Multiple | Sargent Financial | Richard Sargent | $ 24,928.99 |
| Automobile Expenditures | 12/14/21 | Top Healthcare Solutions | John Mahaney | $ 5,000.00 |
| Yacht Charters | Multiple | Top Healthcare Solutions | Alan Guerra | $ 5,350.00 |

63. From 2020 through 2025, Defendants have used their business credit cards to also pay for more than $128,000 in luxury items such as apparel, jewelry, and other fine goods.

| Apparel, Jewelry, & Other Fine Goods Expenditures on Company Credit Cards | | | | |
|---|---|---|---|---|
| **Description** | **Date** | **Company Account** | **Card User** | **Amount** |
| Edward Beiner | 1/2/23 | Elevation Media Group | Tiffanie Gonzalez | $ 4,170.00 |
| Luxury Goods including Saks, Louis Vuitton, Tiffany& Co., and Versace | Multiple | Ramz Media Marketing | Ramzey Hassoun | $ 37,160.68 |
| Pacific Jewelry | 7/4/20 | Top Healthcare Options | Tiffanie Gonzalez | $ 30,000.00 |
| Luxury Items & brands including Tory Burch, Louis Vuitton, & West Elm | Multiple | Top Healthcare Options | Tiffanie Gonzalez | $ 9,379.04 |
| Luxury items including jewelry, shoes, and other apparel | Multiple | Sargent Financial | Richard Sargent | $ 48,096.43 |

64. Defendants used their business credit cards to pay for more than $300,000 of expenditures on live tickets, dining, and entertainment. Ramzy Hassoun and Richard Sargent alone accounted for almost $40,000 spent at adult entertainment venues.

| Examples of Live Tickets, Dining, & Entertainment Expenditures on Company Credit Cards | | | | |
|---|---|---|---|---|
| **Description** | **Date** | **Company Account** | **Card User** | **Amount** |
| Live Tickets and Sporting Events | Multiple | Ramz Media Marketing | Ramzey Hassoun | $ 107,949.08 |
| Dining & Entertainment | Multiple | Ramz Media Marketing | Ramzey Hassoun | $ 27,377.12 |
| Adult Entertainment (gentlemen's clubs) | Multiple | Ramz Media Marketing | Ramzey Hassoun | $ 26,943.81 |
| Adult Entertainment (gentlemen's clubs) | Multiple | Sargent Financial | Richard Sargent | $ 12,954.46 |
| Dining & Entertainment (including an outing on 12/23/24 for $19,881) | Multiple | Top Healthcare Options | Tiffanie Gonzalez | $ 69,017.85 |
| Dining & Entertainment | Multiple | Top Healthcare Solutions | Mahaney / Guerra | $ 3,370.00 |
| Dining & Entertainment | Multiple | Sargent Financial | Richard Sargent | $ 54,115.91 |

Financial Analysis of JPMorgan Records – Other Personal Expenses:

65. JPMorgan Chase records show that on July 15, 2020, Gonzalez paid $10,000 to Lennar Homes from Elevation Media Group's checking account. The same records show that on August 18, 2020, Gonzalez paid $113,569.53 to Calatlantic Title Inc. for "Escrow."

66. JPMorgan Chase records also show that Gonzalez uses Elevation Media Group funds to pay a variety of miscellaneous personal expenses including her handyman, massage therapist, bail bonds, wellness facilities, tattoo parlors, dentists, and smoke shops.

Financial Analysis of JPMorgan and Am. Express Records – Defendants' Business Expenses:

67. The following chart provides a summary of the individual account holders for each Defendant corporate financial account with JPMorgan and American Express.

| Individual Financial Account Holder Summary | | | |
|---|---|---|---|
| **Defendant** | **JPMorgan Account Holder** | **American Express Account Holder** | **American Express Account Payor** |
| Top Healthcare Options | Gonzalez | Gonzalez<br>Sargent (Additional user) | Gonzalez and Hassoun |
| Elevation Media Group | Gonzalez | Gonzalez | Gonzalez and Hassoun |
| Ramz Media | Hassoun | Hassoun | Hassoun |
| Golden State Advisors | Ryan Froio | Sargent | Sargent |
| Sargent Financial | N/A | Sargent | Sargent and Gonzalez |
| WeMake Media | Hassoun<br>Brian Segal | Sargent<br>Gonzalez (additional user)<br>Segal (additional user) | Sargent |
| Top Healthcare Solutions | N/A | Alan Guerra and John Mahaney | Alan Guerra and John Mahaney |
| Direct Health Solutions | Amer Elaref<br>Sandra Chreim | Amer Elaref | Sandra Chreim |
| Premier Services Group | Gonzalez | N/A | N/A |
| Prime Healthcare Solutions | Froio | N/A | N/A |

68. Based on my review of the bank records provided by JPMorgan Chase and American Express, I have made the following observations about Defendants' financial accounts.

*Premier Services Group*

69. Between August and December of 2024, Premier Services Group received payments for "Onboarding" fees, "General Compliance" services, and "Monthly Dnc" payments

totaling more than $25,000 from Defendants Direct Health Solutions, Top Healthcare Solutions, and Golden State Advisors.

70. Additionally, Premier Services Group received similar payments from other entities associated with Defendants, including First Healthcare, Top Healthcare Direct, United Health Options, Health Bridge Advisors, Trusted Health Group.

71. Premier Services Group financial records also show recurring deposits through Intuit payment processing services.

*Elevation Media Group*

72. Bank records show that Elevation Media Group receives deposits from THO, Ramzey Hassoun and Ramz Media Marketing, Richard Sargent, and Tiffanie Gonzalez. For example, from 2020 to 2024, Elevation Media Group received more than $9.5 million in deposits from THO alone.

73. American Express records show that Elevation Media Group's American Express credit card is used to pay for leadership coaching, CPAs, corporate filings, lead generation, lawyers, and insurance licensing.

74. Bank records also show that Elevation Media Group makes regular payments to ADP for wage pay and taxes.

75. Both Tiffanie Gonzalez and Ramzey Hassoun make payments to pay the balance of Elevation Media Group's American Express credit card.

*Ramz Media Marketing*

76. Bank records show that Ramz Media Marketing makes payments to lead generators, Slack, Convoso, lawyers, Intuit Quickbooks, and the National Insurance Producers Registry (NIPR) for insurance licensing.

77. Ramzey Hassoun makes payments to Ramz Media Marketing's American Express credit card. Bank records also show that Prime Healthcare Solutions makes payments to Ramz Media Marketing's American Express credit card in Hassoun's name.

*Sargent Financial*

78. Richard Sargent has used his Sargent Financial American Express card to purchase leads and pay for other related expenses from vendors including Nextgen Leads, Infinix, MediaAlpha, Craigslist, NIPR, Datalot, Excel Impact, and Revrise Media.

Merrill Lynch, Pierce, Fenner & Smith, Incorporated ("Merrill Lynch") – Attachment J

79. The CID response directed at Merrill Lynch was handled by Bank of America. The response included account application records, monthly statements, and excel spreadsheets with transaction detail for several companies, including TJG Financial, LLC ("TJG Financial"). These records were voluminous and replete with PII. As such, I only attached the business records certification and the account application for the Working Capital Management Account 8SD-02006, in the name of TJG Financial, for the benefit of Tiffanie Gonzalez, as well as excerpts from a few of the account statements to the Appendix at App. 1535 – 1573. In this application, Gonzalez included the following description of TJG Financial LLC: "This is a non-operating entity that acts as an investment vehicle for the bene owner. The ownership is 100% Tiffanie J. Gonzalez. The funds in the LLC are originating from Tiffanie's income from owning her business, Top Health Care Options. This is an investment vehicle exclusively (sic) for Tiffanie Gonzalez. This entity does not accept/invest/manage third party funds." App. 1557. Also in her application for this account, Gonzalez repeatedly used the email address tiffanie.gonzalez@tophealthcareoptions.com. App. 1555.

80. TJG Financial's JPMorgan bank account xx3217 was the primary source of funds for Merrill Lynch Account. Between September 2022 and November 2024, Tiffanie Gonzalez transferred approximately $3.78 million from her TJG Financial account xx3217 at JPMorgan to the Merrill Lynch account xx2006. Some of these funds were transferred to other accounts at Merrill Lynch, including a personal account owned by Tiffanie Gonzalez (8SD-10125) as well as another account by TJG Financial (8SD-02021). Additionally, $800,000 was transferred back to the originating JPMorgan account.

| Merrill Lynch Account 8SD-02006 - TJG Financial, LLC | | | |
|---|---|---|---|
| **Source** | **Destination** | **Date** | **Amount** |
| **Transfers In** | | | |
| TJG Financial (JPMorgan xx3217) | TJG Financial (8SD-02006) | 9/23/2022 | $ 400,000.00 |
| TJG Financial (JPMorgan xx3217) | TJG Financial (8SD-02006) | 10/3/2022 | $ 400,000.00 |
| TJG Financial (JPMorgan xx3217) | TJG Financial (8SD-02006) | 3/15/2023 | $ 66,000.00 |
| TJG Financial (JPMorgan xx3217) | TJG Financial (8SD-02006) | 11/8/2024 | $ 1,000,000.00 |
| TJG Financial (JPMorgan xx3217) | TJG Financial (8SD-02006) | 11/12/2024 | $ 1,000,000.00 |
| TJG Financial (JPMorgan xx3217) | TJG Financial (8SD-02006) | 11/13/2024 | $ 911,278.00 |
| | | **Total Transfers In** | **$ 3,777,278.00** |
| **Transfers Out** | | | |
| TJG Financial (8SD-02006) | TJG Financial (JPMorgan xx3217) | 9/27/2022 | $ 400,000.00 |
| TJG Financial (8SD-02006) | TJG Financial (JPMorgan xx3217) | 10/5/2022 | $ 400,000.00 |
| TJG Financial (8SD-02006) | Tiffanie Gonzalez (8SD-10125) | 3/17/2023 | $ 66,000.00 |
| TJG Financial (8SD-02006) | Tiffanie Gonzalez (8SD-10125) | 11/15/2024 | $ 60,000.00 |
| TJG Financial (8SD-02006) | TJG Financial (8SD-02021) | 11/18/2024 | $ 1,500,000.00 |
| | | **Total Transfers Out** | **$ 2,426,000.00** |

<u>Early Warning Services (Zelle) – Attachment K</u>

81. Early Warning Services, LLC, the owner and operator of the Zelle Network, provided records of money transfers made by Defendants using the Zelle Network. Due to the voluminous nature of these records, I only included the business records certification in the Appendix at App. 1575. Among other things, these transfers included payments to shared employees of Defendants' businesses. For example, Zelle records show that Stephen Kelley has

received multiple Zelle payments from Defendants Ramz Media Marketing and Richard Sargent, as well as Amer Elaref and Froio Marketing.

The Federal Reserve Bank of New York

82. The Federal Reserve Bank of New York produced records of electronic wire transfers processed through the Fedwire Funds Service. Included in these records were wire transfers showing that Ramzey Hassoun made transfers totaling $215,500 to Andjelko Andrejevic, a Serbian-born professional poker player living in Miami, Florida.[4]

| **Fedwire Transactions - Transfers from Hassoun to Andjelko Andrejevic** | | | | |
|---|---|---|---|---|
| **Payment To** | **Payment From** | **Date** | **Amount** | |
| Andjelko Andrejevic | Ramz Media Marketing | 2/13/2024 | $ | 35,500.00 |
| Andjelko Andrejevic | Ramz Media Marketing | 9/3/2024 | $ | 99,000.00 |
| Andjelko Andrejevic | Ramz Media Marketing | 10/22/2024 | $ | 41,000.00 |
| Andjelko Andrejevic | Ramz Media Marketing | 12/27/2024 | $ | 40,000.00 |
| | **Total Transfers to Andjelko Andrejevic** | | **$** | **215,500.00** |

The Clearing House Payment Company, LLC ("TCH") – Attachment L

83. TCH provided records of clearing and settlement transactions related to the transfer of funds between banks using the Clearing House Interbank Payments System ("CHIPS"). Specifically, these records included spreadsheets reflecting these transfers involving one or more Defendants, as well as a business records certification. I attached the business records certification in the Appendix at App. 1577 – 1578.

84. The CHIPS records show that Ramzey Hassoun made transfers totaling $164,720 to Tyler Rueger, a professional poker player.[5]

[4] I confirmed Andjelko Andrejevic's professional poker player status on the Global Poker Index website.
[5] I confirmed Tyler Rueger's professional poker player status on the Global Poker Index website.

| CHIPS Transactions - Transfers from Hassoun to Tyler Rueger | | | |
|---|---|---|---|
| **Payment To** | **Payment From** | **Date** | **Amount** |
| Tyler Rueger | Ramz Media Marketing | 1/16/2024 | $ 20,600.00 |
| Tyler Rueger | Ramz Media Marketing | 3/14/2024 | $ 28,050.00 |
| Tyler Rueger | Ramz Media Marketing | 7/22/2024 | $ 43,370.00 |
| Tyler Rueger | Ramz Media Marketing | 8/22/2024 | $ 72,700.00 |
| | **Total Transfers to Tyler Rueger** | | **$ 164,720.00** |

**COUNTY PROPERTY RECORDS**

**(Attachment M)**

85. During the course of this investigation, I obtained records from the Broward County Property Appraiser and the Broward County Official Records website.

86. On August 22, 2025, I downloaded the Property Summary for 8633 Prospect Ln, Parkland, FL 33076 from the Broward County Property Appraiser website. I attached this record to the Appendix at App. 1580 – 1581. The Property Summary identifies Tiffanie Gonzalez as the property owner and that she purchased the property in August 2020 for $650,000. App. 1580.

87. I downloaded the Warranty Deed and Mortgage Instrument records related to the purchase of this property from the Broward County Official Records website on June 18, 2025, and January 6, 2026, respectively. I attached these records to the Appendix at App. 1582 – 1598. The warranty deed identifies Miralago West Lennar, LLC as the Grantor and Tiffanie Gonzalez as the Grantee. App. 1582. The warranty deed also identifies CalAtlantic Title Inc. as the title company that prepared this instrument. *Id.* Finally, the mortgage instrument shows that Tiffanie secured a mortgage in the amount of $510,400 from Primary Residential Mortgage, Inc. for the purchase of the property. App. 1586.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2026 in Dallas, Texas.

Brent D. McPeek
FTC Federal Trade Investigator

**Declaration of Brent McPeek**
**Index of Evidence Referenced in Declaration**

**Attachment A – Defendants' Secretary of State Records (Apps. 714 – 751)**

- THO – Articles of Incorporation
- THO – DBA Filing – Top Healthcare Options
- THO – 2025 Annual Report
- Golden State Advisors – Articles of Organization
- Golden State Advisors – 2025 Annual Report
- Top Healthcare Solutions – Articles of Organization
- Top Healthcare Solutions – DBA Filing – Top Healthcare Solutions Insurance Agency
- Top Healthcare Solutions – 2025 Annual Report
- Direct Health Solutions – Articles of Organization
- Direct Health Solutions – 2025 Annual Report
- Prime Healthcare Solutions – Articles of Organization
- Prime Healthcare Solutions – 2025 Annual Report
- Premier Services Group – Articles of Organization
- Premier Services Group DBA Filing – Premier Services Group Hub Insurance Agency LLC
- Premier Services Group – 2025 Annual Report
- Elevation Media Group – Articles of Organization
- Elevation Media Group – 2025 Annual Report
- Sargent Financial – Articles of Organization
- Sargent Financial – DBA filing – WeMake Media LLC
- Sargent Financial – 2025 Annual Report
- Ramz Media Marketing – Articles of Organization
- Ramz Media Marketing – 2025 Annual Report

**Attachment B – Non-Defendants' Secretary of State Records (Apps. 752 – 940)**

- TJG Insurance LLC – Articles of Organization
- TJG Insurance LLC – Entity Details
- TJG Financial LLC – Articles of Organization
- TJG Financial LLC – Entity Details
- TJG Financial LLC – 2025 Annual Report
- Discount Health Advisors LLC – Articles of Organization
- Discount Health Advisors LLC – Amendment
- Discount Health Advisors LLC – Articles of Dissolution
- Discount Health Advisors LLC – Entity Details
- Senior Healthcare Partners LLC – Articles of Organization
- Senior Healthcare Partners LLC – Entity Details
- Senior Healthcare Partners LLC – Articles of Dissolution
- Affiliate Support Team LLC – Articles of Organization

- Affiliate Support Team LLC – Entity Details
- Affiliate Support Team LLC – Articles of Dissolution
- United American Life LLC – Articles of Organization
- United American Life LLC – Entity Details
- United American Life LLC – Articles of Dissolution
- Trusted Health Group Agency LLC – Foreign LLC Registration
- Trusted Health Group Agency LLC – Amended Foreign LLC Registration
- Trusted Health Group Agency LLC – Amended 2025 Annual Report
- Trusted Health Group Agency LLC – Entity Details
- Helping Hand Media Co – Articles of Organization
- Helping Hand Media Co – Entity Details
- Wealthology Enterprises Inc – Articles of Organization
- Wealthology Enterprises Inc – Amended Articles of Organization
- Wealthology Enterprises Inc – Entity Details
- Wealthology Enterprises Inc – Articles of Dissolution
- Visions TH31 LLC – Articles of Organization
- Visions TH31 LLC – 2025 Annual Report
- Visions TH31 LLC – Entity Details
- Visions TH56 LLC – Articles of Organization
- Visions TH56 LLC – 2025 Annual Report
- Visions TH56 LLC – Entity Details
- Atlas Holdings Limited LLC – Articles of Organization
- Atlas Holdings Limited LLC – Entity Details
- Your Health Partners LLC – Articles of Organization
- Your Health Partners LLC – Entity Details
- TrueCare Insurance Agency LLC – Articles of Organization
- TrueCare Insurance Agency LLC – Entity Details
- Luxury Destination Advisors LLC – Articles of Organization
- Luxury Destination Advisors LLC – Amended Articles of Organization
- Luxury Destination Advisors LLC – 2025 Annual Report
- Luxury Destination Advisors LLC – Entity Details
- Matt Nye Music & Media LLC – Articles of Organization
- Matt Nye Music & Media LLC – Amended Articles of Organization
- Matt Nye Music & Media LLC – Articles of Dissolution
- Matt Nye Music & Media LLC – Entity Details
- Discount Advisor Group LLC – Articles of Organization
- Discount Advisor Group LLC – Amended Articles of Organization
- Discount Advisor Group LLC – 2025 Annual Report
- Discount Advisor Group LLC – Entity Details
- Visions TH69 LLC – Articles of Organization
- Visions TH69 LLC – 2025 Annual Report
- Visions TH69 LLC – Entity Details
- Visions TH70 LLC – Articles of Organization
- Visions TH70 LLC – 2025 Annual Report

- Visions TH70 LLC – Entity Details
- RH Capital Limited LLC – Articles of Organization
- RH Capital Limited LLC – Entity Details
- B O A T Marketing Inc – Articles of Organization
- B O A T Marketing Inc – Entity Details
- Guiding Health Solutions Insurance Marketing Agency LLC – Articles of Organization
- Guiding Health Solutions Insurance Marketing Agency LLC – Amended Articles of Organization
- Guiding Health Solutions Insurance Marketing Agency LLC – Articles of Dissolution
- Guiding Health Solutions Insurance Marketing Agency LLC – Entity Details
- Allegiance Integrity Group Insurance Agency LLC – Articles of Organization
- Allegiance Integrity Group Insurance Agency LLC – 2025 Annual Report
- Allegiance Integrity Group Insurance Agency LLC – Amended 2025 Annual Report
- Allegiance Integrity Group Insurance Agency LLC – Entity Details
- America's Marketing Team Insurance Agency LLC – Articles of Organization
- America's Marketing Team Insurance Agency LLC – 2025 Annual Report
- America's Marketing Team Insurance Agency LLC – Entity Details
- Adroit Health Group – Texas Secretary of State Records (Certified)
- Adroit Health Group – Certificate of Formation
- Adroit Health Group – d/b/a Certificate – Strata Health Group

**<u>Attachment C – Website and Social Media Captures (Apps. 941 – 1015)</u>**

- LinkedIn – Tiffanie Gonzalez Profile
- LinkedIn – Tiffanie Gonzalez Resume
- LinkedIn – Tiffanie Gonzalez Activity
- LinkedIn – Golden State Advisors (About)
- LinkedIn – Golden State Advisors (Posts)
- Healthcare.gov (Out-of-pocket Maximum Limits)
- Healthcare.gov (Coverage of Marketplace Plans)
- PremierServiceGroup.info Website Capture
- www.thohealthcare.info Website Capture
- Convoso Website Capture (THO Customer Success Story)

**<u>Attachments D & E – Undercover Purchase Records (App. 1016 – 1071)</u>**

- Undercover Call Recording (Redacted Audio)
- Enrollment Emails
- Enrollment Verification Document
- Member Portal Documents

**<u>Attachment F – Other Lawsuits (Apps. 1272 – 1362)</u>**

- Nxt Level Health Lawsuit – Gonzalez Deposit Transcript Pages (Excerpts)

**<u>Attachment G – Website Registration Records (Apps. 1363 – 1364)</u>**

- Tucows – Business Records Certification

**Attachment H – JPMorgan Chase Records (Apps. 1365 – 1488)**

- Business Records Declaration – January 30, 2025 Production
- Business Records Declaration – February 6, 2025 Production
- Direct Health Account xx5030 – Account Opening Documents
- Direct Health Account xx5063 – Account Opening Documents
- Direct Health Account xx5089 – Account Opening Documents
- Elevation Media Account xx3528 – Account Opening Documents
- Elevation Media Account xx6271 – Account Opening Documents
- Elevation Media Account xx0377 – Account Opening Documents
- Golden State Advisors Account xx2522 – Account Opening Documents
- Golden State Advisors Account xx5665 – Account Opening Documents
- Golden State Advisors Account xx5673 – Account Opening Documents
- Premier Services Group Account xx1060 – Account Opening Documents
- Premier Services Group Account xx7507 – Account Opening Documents
- Premier Services Group Account xx1037 – Account Opening Documents
- Prime Healthcare Solutions Account xx5581 – Account Opening Documents
- Prime Healthcare Solutions Account xx8570 – Account Opening Documents
- Prime Healthcare Solutions Account xx5573 – Account Opening Documents
- Prime Healthcare Solutions Account xx5565 – Account Opening Documents
- THO Account xx5503 – Account Opening Documents
- THO Account xx5511 – Account Opening Documents
- THO Account xx5537 – Account Opening Documents
- THO Account xx8028 – Account Opening Documents
- TJG Financial Account xx3217 – Account Opening Documents
- WeMake Media Account xx2755 – Account Opening Documents
- WeMake Media Account xx3168 – Account Opening Documents
- WeMake Media Account xx3150 – Account Opening Documents
- WeMake Media Account xx2730 – Account Opening Documents
- Top Healthcare Solutions xx6376 – Account Opening Documents
- Top Healthcare Solutions xx7730 – Account Opening Documents

**Attachment I – American Express Records (Apps. 1489 – 1534)**

- Amex Business Records Certificate of Authenticity – June 18, 2025 Production
- Amex Business Records Certificate of Authenticity – December 10, 2025 Production
- Direct Health Solutions – Application
- Direct Health Solutions – Payments
- Elevation Media Group – Application
- Elevation Media Group – Payments
- Golden State Advisors – Application
- Golden State Advisors – Payments
- Ramz Media Marketing – Application
- Ramz Media Marketing – Payments
- Ramz Media Marketing – Additional Payments

- Sargent Financial – Application
- Sargent Financial – Payments
- Top Healthcare Options – Application
- Top Healthcare Options – Payments
- Top Healthcare Solutions xx2000 – Application
- Top Healthcare Solutions xx2000– Payments
- Top Healthcare Solutions xx2006 – Application
- Top Healthcare Solutions xx2006 – Payments
- WeMake Media – Application
- WeMake Media – Payments

**Attachment J – Merrill Lynch Records (Apps. 1535 – 1573)**

- Merrill Lynch Business Records Declaration
- TJG Financial – Account xx2006– Application
- TJG Financial – Account xx2006 – Statements (Excerpt)

**Attachment K – Early Warning Services Records (Apps. 1574 – 1575)**

- Business Records Declaration

**Attachment L – TCH – CHIPs Records (Apps. 1576 – 1578)**

- Business Records Declaration

**Attachment M – County Property Records (Apps. 1579 – 1598)**

- 8633 Prospect Lane – Broward County Appraiser Records
- 8633 Prospect Lane – Warranty Deed
- 8633 Prospect Lane – Mortgage Instrument

# ATTACHMENT A

# Electronic Articles of Incorporation For

P19000045091
FILED
May 30, 2019
Sec. Of State
alunt

TOP HEALTHCARE OPTIONS INSURANCE AGENCY INC

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

TOP HEALTHCARE OPTIONS INSURANCE AGENCY INC

## Article II

The principal place of business address:

8409 N CORAL CIRCLE
NORTH LAUDERDALE, FL. US 33068

The mailing address of the corporation is:

8409 N CORAL CIRCLE
NORTH LAUDERDALE, FL. US 33068

## Article III

The purpose for which this corporation is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The number of shares the corporation is authorized to issue is:

100

## Article V

The name and Florida street address of the registered agent is:

MONICA REED
2900 GATEWAY DRIVE
C
POMPANO BEACH, FL. 33069

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature: MONICA REED

P19000045091
FILED
May 30, 2019
Sec. Of State
alunt

## Article VI

The name and address of the incorporator is:

TIFFANIE GONZALEZ
8409 N CORAL CIRCLE

NORTH LAUDERDALE, FL 33068

Electronic Signature of Incorporator: TIFFANIE GONZALEZ

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title: P
TIFFANIE GONZALEZ
8409 N CORAL CIRCLE
NORTH LAUDERDALE, FL. 33068 US

## Article VIII

The effective date for this corporation shall be:

05/24/2019

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G24000060142

**Fictitious Name to be Registered:** TOP HEALTHCARE OPTIONS

**Mailing Address of Business:** 500 FAIRWAY DRIVE SUITE 102
DEERFIELD BEACH, FL 33441

**Florida County of Principal Place of Business:** BROWARD

**FILED**
**May 07, 2024**
**Secretary of State**

**FEI Number:**

**Owner(s) of Fictitious Name:**

TOP HEALTHCARE OPTIONS
500 FAIRWAY DRIVE SUITE 102
DEERFIELD BEACH, FL 33441
Florida Document Number: P19000045091
FEI Number: 84-1955625

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located. I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

| TIFFANIE GONZALEZ | 05/07/2024 |
|---|---|
| Electronic Signature(s) | Date |

**Certificate of Status Requested ( )** **Certified Copy Requested ( )**

**2025 FLORIDA PROFIT CORPORATION AMENDED ANNUAL REPORT**

**FILED**
**Apr 24, 2025**
**Secretary of State**
**7401491861CC**

DOCUMENT# P19000045091

**Entity Name:** TOP HEALTHCARE OPTIONS INSURANCE AGENCY INC

**Current Principal Place of Business:**

401 FAIRWAY DRIVE
SUITE 300
DEERFIELD BEACH, FL 33441

**Current Mailing Address:**

401 FAIRWAY DRIVE
SUITE 300
DEERFIELD BEACH, FL 33441 US

**FEI Number: NOT APPLICABLE**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GONZALEZ, TIFFANIE
401 FAIRWAY DRIVE
SUITE 300
DEERFIELD BEACH, FL 33441 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ______________________________

Electronic Signature of Registered Agent — Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PRESIDENT |
| Name | GONZALEZ, TIFFANIE |
| Address | 401 FAIRWAY DRIVE<br>SUITE 300 |
| City-State-Zip: | DEERFIELD BEACH FL 33441 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: TIFFANIE GONZALEZ P 04/24/2025

Electronic Signature of Signing Officer/Director Detail — Date

L24000309021

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP ☐ WAIT ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _______ Certificates of Status _______

Special Instructions to Filing Officer:

Office Use Only

200431829042

FILED
2024 JUL 15 AM 9:47
SECRETARY OF STATE
TALLAHASSEE, FL

RECEIVED
2024 JUL 15 PM 3:23
TALLAHASSEE, FLORIDA

**CAPITAL CONNECTION, INC.**
417 E. Virginia Street, Suite 1 • Tallahassee, Florida 32301
(850) 224-8870 • 1-800-342-8062 • Fax (850) 222-1222

GOLDEN STATE ADVISORS INSURANCE AGENCY LLC

Please Debit **FCA000000003** For: 125

Thank you Seth Neeley

FILED
2024 JUL 15 AM 9:47

____ Art of Inc. File____
____ LTD Partnership File____
____ Foreign Corp. File____
____ L.C. File____
____ Fictitious Name File____
____ Trade/Service Mark____
____ Merger File____
____ Art. of Amend. File____
____ RA Resignation____
____ Dissolution / Withdrawal____
____ Annual Report / Reinstatement____
____ Cert. Copy____
____ Photo Copy____
____ Certificate of Good Standing____
____ Certificate of Status____
____ Certificate of Fictitious Name____
____ Corp Record Search____
____ Officer Search____
____ Fictitious Search____
____ Fictitious Owner Search____
____ Vehicle Search____
____ Driving Record____
____ UCC 1 or 3 File____
____ UCC 11 Search____
____ UCC 11 Retrieval____
____ Courier____

Signature

Requested by:

Name Date Time

Walk-In ____ Will Pick Up ____

## COVER LETTER

**TO:** **New Filing Section**
**Division of Corporations**

**SUBJECT:** Golden State Advisors Insurance Agency LLC
Name of Limited Liability Company

The enclosed Articles of Organization and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

Benjamen Collier
Name of Person

Golden State Advisors Insurance Agency LLC
Firm/Company

500 Fairway Drive, Suite 102
Address

Deerfield Beach, FL 33441
City/State and Zip Code

affiliatesupport@servicegrouphub.com
E-mail address: (to be used for future annual report notification)

2024 JUL 15 AM 9:47

FILED

For further information concerning this matter, please call:

Benjamen Collier at (954) 637-4268
Name of Person | Area Code | Daytime Telephone Number

Enclosed is a check for the following amount:

- ☒ $125.00 Filing Fee
- ☐ $130.00 Filing Fee & Certificate of Status
- ☐ $155.00 Filing Fee & Certified Copy (additional copy is enclosed)
- ☐ $160.00 Filing Fee, Certificate of Status & Certified Copy (additional copy is enclosed)

**Mailing Address**
New Filing Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address**
New Filing Section Division
The Centre of Tallahassee
2415 N. Monroe Street, Suite 810
Tallahassee, FL 32303

ARTICLES OF ORGANIZATION FOR FLORIDA LIMITED LIABILITY COMPANY

**ARTICLE I - Name:**
The name of the Limited Liability Company is:

Golden State Advisors Insurance Agency LLC
(Must contain the words "Limited Liability Company, "L.L.C.," or "LLC.")

**ARTICLE II - Address:**
The mailing address and street address of the principal office of the Limited Liability Company is:

| **Principal Office Address:** | **Mailing Address:** |
|---|---|
| 500 Fairway Drive | 500 Fairway Drive |
| Suite 102 | Suite 102 |
| Deerfield Beach, FL 33441 | Deerfield Beach, FL 33441 |

**ARTICLE III - Registered Agent, Registered Office, & Registered Agent's Signature:**
(The Limited Liability Company cannot serve as its own Registered Agent. You must designate an individual or another business entity with an active Florida registration.)

2024 JUL 15 AM 9:47

FILED

The name and the Florida street address of the registered agent are:

Ryan Froio
Name

500 Fairway Drive, Suite 102
Florida street address (P.O. Box **NOT** acceptable)

| Deerfield Beach | FL | 33441 |
|---|---|---|
| City | State | Zip |

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S..*

Registered Agent's Signature (REQUIRED)

(CONTINUED)

**ARTICLE IV-**
The name and address of each person authorized to manage and control the Limited Liability Company.

| Title: | Name and Address: |
| --- | --- |
| "AMBR" - Authorized Member<br>"MGR" - Manager | |
| MGR | Benjamen Collier<br>11607 NW 48th Street<br>Coral Springs, FL 33076 |
| MGR | Ryan Froio<br>212 SE 22nd Ave APT 7<br>Pompano Beach, FL 33062 |

(Use attachment if necessary)

**ARTICLE V:** Effective date, if other than the date of filing: ____________ (OPTIONAL)
**(If an effective date is listed, the date must be specific and cannot be more than five business days prior to or 90 days after the date of filing.)**
**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

**ARTICLE VI:** Other provisions, if any.

**REQUIRED SIGNATURE:** [signature]

**Signature of a member or an authorized representative of a member.**
This document is executed in accordance with section 605.0203 (1) (b), Florida Statutes.
I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

Benjamen Collier
Typed or printed name of signee

**Filing Fees:**
**$125.00 Filing Fee for Articles of Organization and Designation of Registered Agent**
**$ 30.00 Certified Copy (Optional)**
**$ 5.00 Certificate of Status (Optional)**

**2025 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

**FILED**
**Jan 13, 2025**
**Secretary of State**
**0784159925CC**

DOCUMENT# L24000309021

**Entity Name:** GOLDEN STATE ADVISORS INSURANCE AGENCY LLC

**Current Principal Place of Business:**

500 FAIRWAY DRIVE SUITE 102
DEERFIELD BEACH, FL 33441

**Current Mailing Address:**

500 FAIRWAY DRIVE SUITE 102
DEERFIELD BEACH, FL 33441 US

**FEI Number: NOT APPLICABLE**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GONZALEZ, ABIGAIL
500 FAIRWAY DRIVE SUITE 102
DEERFIELD BEACH, FL 33441 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ABIGAIL GONZALEZ 01/13/2025

Electronic Signature of Registered Agent Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGR | Title | MGR |
| Name | SARGENT FINANCIAL LLC | Name | SARGENT, RICHARD |
| Address | 9316 BOCA GARDENS PKWY APT C | Address | 9316 BOCA GARDENS PKWY APT C |
| City-State-Zip: | BOCA RATON FL 33496 | City-State-Zip: | BOCA RATON FL 33496 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: RICHARD SARGENT MGR 01/13/2025

Electronic Signature of Signing Authorized Person(s) Detail Date

# Electronic Articles of Organization For Florida Limited Liability Company

L19000287657
FILED 8:00 AM
November 19, 2019
Sec. Of State
lyarbrough

## Article I

The name of the Limited Liability Company is:

TOP HEALTHCARE SOLUTIONS LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

3303 WEST COMMERCIAL BVLD
190 B
TAMARAC, FL. 33319

The mailing address of the Limited Liability Company is:

3303 WEST COMMERCIAL BVLD
190 B
TAMARAC, FL. 33319

## Article III

The name and Florida street address of the registered agent is:

JOHN A MAHANEY IV
1000 SOUTH OCEAN BLVD
10 K
POMPANO BEACH, FL. 33062

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: JOHN A MAHANEY

L19000287657
FILED 8:00 AM
November 19, 2019
Sec. Of State
lyarbrough

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: MGR
HALEY S JEFFERS
W COMMERCIAL BLVD, STE 190 B
TAMARAC, FL. 33319

## Article V

The effective date for this Limited Liability Company shall be:

01/01/2020

Signature of member or an authorized representative

Electronic Signature: JOHN A MAHANEY

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G22000025076

**Fictitious Name to be Registered:** TOP HEALTHCARE SOLUTIONS INSURANCE AGENCY

**Mailing Address of Business:** 600 FAIRWAY DR
SUITE 108
DEERFIELD BEACH, FL 33441

**Florida County of Principal Place of Business:** BROWARD

**FILED**
**Mar 02, 2022**
**Secretary of State**

**FEI Number:** 84-3922019

**Owner(s) of Fictitious Name:**

TOP HEALTHCARE SOLUTIONS LLC
600 FAIRWAY DR STE 108
DEERFIELD BEACH, FL 33441 US
Florida Document Number: L19000287657
FEI Number: 84-3922019

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located. I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

JOHN MAHANEY — 03/02/2022
Electronic Signature(s) — Date

**Certificate of Status Requested (X)** **Certified Copy Requested (X)**

**2025 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

**FILED**
**Feb 19, 2025**
**Secretary of State**
**1030780151CC**

DOCUMENT# L19000287657

**Entity Name:** TOP HEALTHCARE SOLUTIONS LLC

**Current Principal Place of Business:**

500 FAIRWAY DR
SUITE #101
DEERFIELD, FL 33441

**Current Mailing Address:**

500 FAIRWAY DR
SUITE #101
DEERFIELD, FL 33441 US

**FEI Number: NOT APPLICABLE**

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

MAHANEY, JOHN A IV
500 FAIRWAY DR
SUITE #101
DEERFIELD, FL 33441 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ______________________________________________

Electronic Signature of Registered Agent — Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | MAHANEY, JOHN |
| Address | 500 FAIRWAY DR<br>SUITE #101 |
| City-State-Zip: | DEERFIELD FL 33441 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOHN MAHANEY OWNER 02/19/2025

Electronic Signature of Signing Authorized Person(s) Detail — Date

# Electronic Articles of Organization For Florida Limited Liability Company

L22000326887
FILED 8:00 AM
July 25, 2022
Sec. Of State
jafason

## Article I

The name of the Limited Liability Company is:

DIRECT HEALTH SOLUTIONS INSURANCE AGENCY, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

5010 NW 57 TERRACE
CORAL SPRINGS, FL. 33067

The mailing address of the Limited Liability Company is:

5010 NW 57 TERRACE
CORAL SPRINGS, FL. 33067

## Article III

The name and Florida street address of the registered agent is:

SANDRA CHREIM
5010 NW 57 TERRACE
CORAL SPRINGS, FL. 33067

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: SANDRA CHREIM

L22000326887
FILED 8:00 AM
July 25, 2022
Sec. Of State
jafason

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: AMBR
SANDRA CHREIM
5010 NW 57 TERRACE
CORAL SPRINGS, FL. 33067

Title: AMBR
AMER ELAREF
11360 NW 22ND STREET
PLANTATION, FL. 33323

## Article V

The effective date for this Limited Liability Company shall be:

07/21/2022

Signature of member or an authorized representative

Electronic Signature: SANDRA CHREIM

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

**2025 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L22000326887

**Entity Name:** DIRECT HEALTH SOLUTIONS INSURANCE AGENCY, LLC

**FILED**
**Jan 13, 2025**
**Secretary of State**
**9363259527CC**

**Current Principal Place of Business:**

450 FAIRWAY
SUITE 204
DEERFIELD BEACH, FL 33441

**Current Mailing Address:**

450 FAIRWAY
SUITE 204
DEERFIELD BEACH, FL 33441 US

**FEI Number: NOT APPLICABLE**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CHREIM, SANDRA
450 FAIRWAY
SUITE 204
DEERFIELD BEACH, FL 33441 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ______________________________

Electronic Signature of Registered Agent — Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | AMBR | Title | AMBR |
| Name | CHREIM, SANDRA | Name | ELAREF, AMER |
| Address | 450 FAIRWAY<br>SUITE 204 | Address | 450 FAIRWAY<br>SUITE 204 |
| City-State-Zip: | DEERFIELD BEACH FL 33441 | City-State-Zip: | DEERFIELD BEACH FL 33441 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SANDRA CHREIM — AMBR — 01/13/2025

Electronic Signature of Signing Authorized Person(s) Detail — Date

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP ☐ WAIT ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies ______ Certificates of Status ______

Special Instructions to Filing Officer:

Office Use Only

900410254139

6/19/23

FILED
2023 JUN 19 AM 6:49
SECRETARY OF STATE
TALLAHASSEE, FL

RECEIVED
2023 JUN 19 PM 3:42
TALLAHASSEE, FLORIDA

**CAPITAL CONNECTION, INC.**
417 E. Virginia Street, Suite 1 • Tallahassee, Florida 32301
(850) 224-8870 • 1-800-342-8062 • Fax (850) 222-1222

PRIME HEALTHCARE SOLUTIONS INSURANCE AGENCY LLC

Please Debit **FCA000000003** For: 125

Thank you Seth Neeley

____ Art of Inc. File____________
____ LTD Partnership File____________
____ Foreign Corp. File____________
____ L.C. File____________
____ Fictitious Name File____________
____ Trade/Service Mark____________
____ Merger File____________
____ Art. of Amend. File____________
____ RA Resignation____________
____ Dissolution / Withdrawal____________
____ Annual Report / Reinstatement____________
____ Cert. Copy____________
____ Photo Copy____________
____ Certificate of Good Standing____________
____ Certificate of Status____________
____ Certificate of Fictitious Name____________
____ Corp Record Search____________
____ Officer Search____________
____ Fictitious Search____________
____ Fictitious Owner Search____________
____ Vehicle Search____________
____ Driving Record____________
____ UCC 1 or 3 File____________
____ UCC 11 Search____________
____ UCC 11 Retrieval____________
____ Courier____________

Signature

Requested by:

Name ____________ Date ____________ Time ____________

Walk-In ____________ Will Pick Up ____________

COVER LETTER

TO: New Filing Section
Division of Corporations

SUBJECT: PRIME HEALTHCARE SOLUTIONS INSURANCE AGENCY LLC
Name of Limited Liability Company

The enclosed Articles of Organization and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

RYAN FROIO
Name of Person

PRIME HEALTHCARE SOLUTIONS INSURANCE AGENCY LLC
Firm/Company

450 FAIRWAY DR SUITE 204
Address

DEERFIELD BEACH, FL 33441
City/State and Zip Code

phsinsurancecontact@gmail.com
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Ryan at (754) 2156044
Name of Person / Area Code / Daytime Telephone Number

Enclosed is a check for the following amount:

☐$125.00 Filing Fee ☐$130.00 Filing Fee & Certificate of Status ☐$155.00 Filing Fee & Certified Copy (additional copy is enclosed) ☐$160.00 Filing Fee, Certificate of Status & Certified Copy (additional copy is enclosed)

**Mailing Address**
New Filing Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address**
New Filing Section Division
The Centre of Tallahassee
2415 N. Monroe Street, Suite 810
Tallahassee, FL 32303

FILED
2023 JUN 19 AM 6:50
SECRETARY OF STATE
TALLAHASSEE, FL

## ARTICLES OF ORGANIZATION FOR FLORIDA LIMITED LIABILITY COMPANY

**ARTICLE I - Name:**
The name of the Limited Liability Company is:

PRIME HEALTHCARE SOLUTIONS INSURANCE AGENCY LLC
(Must contain the words "Limited Liability Company, "L.L.C.," or "LLC.")

**ARTICLE II - Address:**
The mailing address and street address of the principal office of the Limited Liability Company is:

| Principal Office Address: | Mailing Address: |
|---|---|
| 450 FAIRWAY DR SUITE 204, | 450 FAIRWAY DR SUITE 204, |
| DEERFIELD BEACH, FL 33441 | DEERFIELD BEACH, FL 33441 |

**ARTICLE III - Registered Agent, Registered Office, & Registered Agent's Signature:**
(The Limited Liability Company cannot serve as its own Registered Agent. You must designate an individual or another business entity with an active Florida registration.)

The name and the Florida street address of the registered agent are:

RYAN FROIO
Name

450 FAIRWAY DR SUITE 204
Florida street address (P.O. Box <u>NOT</u> acceptable)

| DEERFIELD BEACH | FL | 33441 |
|---|---|---|
| City | State | Zip |

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S..*

Registered Agent's Signature (REQUIRED)

(CONTINUED)

FILED
2023 JUN 19 AM 6:50
SECRETARY OF STATE
TALLAHASSEE, FL

App. 735

**ARTICLE IV-**
The name and address of each person authorized to manage and control the Limited Liability Company:

| **Title:** "AMBR" = Authorized Member "MGR" = Manager | **Name and Address:** |
|---|---|
| AMBR | RYAN FROIO 450 FAIRWAY DR SUITE 204, DEERFIELD BEACH, FL 33441 |
| | |
| | |
| | |

(Use attachment if necessary)

**ARTICLE V:** Effective date, if other than the date of filing: ______________________ (OPTIONAL)
**(If an effective date is listed, the date must be specific and cannot be more than five business days prior to or 90 days after the date of filing.)**
Note: If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

**ARTICLE VI:** Other provisions, if any.

______________________

**REQUIRED SIGNATURE:** ______________________

**Signature of a member or an authorized representative of a member.**
This document is executed in accordance with section 605.0203 (1) (b), Florida Statutes.
I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

RYAN FROIO
Typed or printed name of signee

**Filing Fees:**
**$125.00 Filing Fee for Articles of Organization and Designation of Registered Agent**
**$ 30.00 Certified Copy (Optional)**
**$ 5.00 Certificate of Status (Optional)**

FILED
2023 JUN 19 AM 6:50
SECRETARY OF STATE
TALLAHASSEE, FL

**2025 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

**FILED**
**Jan 29, 2025**
**Secretary of State**
**0101152603CC**

DOCUMENT# L23000292932

**Entity Name:** PRIME HEALTHCARE SOLUTIONS INSURANCE AGENCY LLC

**Current Principal Place of Business:**

450 FAIRWAY DR STE 204
DEERFILED BEACH, FL 33441

**Current Mailing Address:**

450 FAIRWAY DR STE 204
DEERFILED BEACH, FL 33441

**FEI Number: NOT APPLICABLE**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FROIO, RYAN
450 FAIRWAY DR STE 204
DEERFILED BEACH, FL 33441 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ______________________________

Electronic Signature of Registered Agent — Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | AMBR |
| Name | FROIO, RYAN |
| Address | 450 FAIRWAY DR STE 204 |
| City-State-Zip: | DEERFILED BEACH FL 33441 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: RYAN FROIO AMBR 01/29/2025

Electronic Signature of Signing Authorized Person(s) Detail — Date

L24000296573

100431050131

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP ☐ WAIT ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies ______ Certificates of Status ______

Special Instructions to Filing Officer:

Office Use Only

FILED
2024 JUL -3 AM 9:47
TALLAHASSEE, FL

RECEIVED
2024 JUL -3 PM 3:32
TALLAHASSEE, FLORIDA

**CAPITAL CONNECTION, INC.**
417 E. Virginia Street, Suite 1 • Tallahassee, Florida 32301
(850) 224-8870 • 1-800-342-8062 • Fax (850) 222-1222

Premier Services Group LLC

Please Debit **FCA000000003** For: 155

Thank you Seth Neeley

Signature

Requested by:

Name ______ Date ______ Time ______

Walk-In ______ Will Pick Up ______

- ____ Art of Inc. File ______
- ____ LTD Partnership File ______
- ____ Foreign Corp. File ______
- ____ L.C. File ______
- ____ Fictitious Name File ______
- ____ Trade/Service Mark ______
- ____ Merger File ______
- ____ Art. of Amend. File ______
- ____ RA Resignation ______
- ____ Dissolution / Withdrawal ______
- ____ Annual Report / Reinstatement ______
- x Cert. Copy ______
- ____ Photo Copy ______
- ____ Certificate of Good Standing ______
- ____ Certificate of Status ______
- ____ Certificate of Fictitious Name ______
- ____ Corp Record Search ______
- ____ Officer Search ______
- ____ Fictitious Search ______
- ____ Fictitious Owner Search ______
- ____ Vehicle Search ______
- ____ Driving Record ______
- ____ UCC 1 or 3 File ______
- ____ UCC 11 Search ______
- ____ UCC 11 Retrieval ______
- ____ Courier ______

2024 JUL -3 AM 9 47

FILED

**ARTICLES OF ORGANIZATION**
**OF**
**PREMIER SERVICES GROUP HUB LLC**
**A FLORIDA LIMITED LIABILITY COMPANY**

The undersigned, for purposes of forming a limited liability company pursuant to Florida Statutes Section 605, hereby adopts the following Articles of Organization:

**ARTICLE I**
**COMPANY NAME**

The name of the limited liability company is Premier Services Group Hub LLC (the "Company").

**ARTICLE II**
**INITIAL ADDRESS**

The initial street address and mailing address of the principal office of the Company is:

500 Fairway Drive, Suite 102
Deerfield Beach, Florida 33441

**ARTICLE III**
**REGISTERED AGENT**

The registered agent and the Florida street address of the registered agent is:

Adam Cohen, Esq.
c/o Becker & Poliakoff
1 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301

**ARTICLE IV**
**MANAGEMENT & INITIAL MANAGER**

The Company is to be managed by one (1) or more managers and is therefore a manager managed company.

The name and street address of the initial manager of the Company is:

Tiffanie Gonzalez
500 Fairway Drive, Suite 102
Deerfield Beach, Florida 33441

IN WITNESS WHEREOF, the undersigned has executed these Articles of Organization this 1st day of July, 2024.

Tiffanie Gonzalez., authorized representative

ACCEPTANCE OF APPOINTMENT
OF
REGISTERED AGENT

The undersigned hereby accepts the appointment as registered agent of Premier Services Group Hub LLC contained in the foregoing Articles of Organization and states that the undersigned is familiar with and accepts the obligations imposed upon registered agents pursuant to the Florida Revised Limited Liability Company Act.

Date: July 1, 2024

Adam M. Cohen

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G24000088585

**Fictitious Name to be Registered:** PREMIER SERVICES GROUP HUB INSURANCE AGENCY LLC

**Mailing Address of Business:** 500 FAIRWAY DRIVE
SUITE 102
DEERFIELD BEACH, FL 33441

**Florida County of Principal Place of Business:** BROWARD

**FILED**
**Jul 24, 2024**
**Secretary of State**

**FEI Number:**

**Owner(s) of Fictitious Name:**

PREMIER SERVICES GROUP HUB LLC
500 FAIRWAY DRIVE, SUITE 102
DEERFIELD BEACH, FL 33441 US
Florida Document Number: L24000296573
FEI Number: 99-3893096

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located. I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

| | |
|---|---|
| TIFFANIE GONZALEZ | 07/24/2024 |
| Electronic Signature(s) | Date |

**Certificate of Status Requested ( )** **Certified Copy Requested ( )**

**2025 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

**FILED**
**Jan 29, 2025**
**Secretary of State**
**3660933157CC**

DOCUMENT# L24000296573

**Entity Name:** PREMIER SERVICES GROUP HUB LLC

**Current Principal Place of Business:**

400 FAIRWAY DRIVE, SUITE 300
DEERFIELD BEACH, FL 33441

**Current Mailing Address:**

400 FAIRWAY DRIVE, SUITE 300
DEERFIELD BEACH, FL 33441 US

**FEI Number: NOT APPLICABLE**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

COHEN, ADAM ESQ.
1 EAST BROWARD BOULEVARD, SUITE 1800
FORT LAUDERDALE, FL 33301 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ______________________________

Electronic Signature of Registered Agent — Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | GONZALEZ, TIFFANIE |
| Address | 400 FAIRWAY DRIVE, SUITE 300 |
| City-State-Zip: | DEERFIELD BEACH FL 33441 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: TIFFANIE GONZALEZ MGR 01/29/2025

Electronic Signature of Signing Authorized Person(s) Detail — Date

# Electronic Articles of Organization For Florida Limited Liability Company

L20000004326
FILED 8:00 AM
December 24, 2019
Sec. Of State
tscott

## Article I

The name of the Limited Liability Company is:

ELEVATION MEDIA GROUP LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

8409 N CORAL CIRCLE
FT LAUDERDALE, FL. UN 33309

The mailing address of the Limited Liability Company is:

8409 N CORAL CIRCLE
FT LAUDERDALE, FL. UN 33309

## Article III

The name and Florida street address of the registered agent is:

TIFFANIE J GONZALEZ
8409 N CORAL CIRCLE
NORTH LAUDERDALE, FL. 33068

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: TIFFANIE GONZALEZ

## Article IV

The effective date for this Limited Liability Company shall be:

01/15/2020

Signature of member or an authorized representative

Electronic Signature: TIFFANIE GONZALEZ

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

**2025 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

**FILED**
**Apr 07, 2025**
**Secretary of State**
**4782680818CC**

DOCUMENT# L20000004326

**Entity Name:** ELEVATION MEDIA GROUP LLC

**Current Principal Place of Business:**

19921 EAGLE NEST ROAD
CUTLER BAY, FL 33157

**Current Mailing Address:**

19921 EAGLE NEST ROAD
CUTLER BAY, FL 33157 US

**FEI Number: NOT APPLICABLE**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GONZALEZ, TIFFANIE J
19921 EAGLE NEST RD
CUTLER BAY, FL 33157 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ______________________________

Electronic Signature of Registered Agent — Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | CEO |
| Name | GONZALEZ , TIFFANIE |
| Address | 19921 EAGLE NEST RD |
| City-State-Zip: | CUTLER BAY FL 33157 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: TIFFANIE GONZALEZ CEO 04/07/2025

Electronic Signature of Signing Authorized Person(s) Detail — Date

# Electronic Articles of Organization For Florida Limited Liability Company

L18000255449
FILED 8:00 AM
October 31, 2018
Sec. Of State

## Article I

The name of the Limited Liability Company is:

SARGENT FINANCIAL LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

20 NE 14TH AVE
APT 6
POMPANO BEACH, FL. US 33060

The mailing address of the Limited Liability Company is:

20 NE 14TH AVE
APT 6
POMPANO BEACH, FL. US 33060

## Article III

The name and Florida street address of the registered agent is:

RICHARD SARGENT
20 NE 14TH AVE
APT 6
POMPANO BEACH, FL. 33060

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: RICHARD SARGENT

L18000255449
FILED 8:00 AM
October 31, 2018
Sec. Of State

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: MGR
RICHARD SARGENT
20 NE 14TH AVE APT 6
POMPANO BEACH, FL. 33060 US

## Article V

The effective date for this Limited Liability Company shall be:

10/30/2018

Signature of member or an authorized representative

Electronic Signature: RICHARD SARGENT

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G23000079002

**Fictitious Name to be Registered:** WEMAKE MEDIA LLC

**Mailing Address of Business:** 9316 BOCA GARDENS PKWY
APT C
BOCA RATON, FL 33496

**Florida County of Principal Place of Business:** PALM BEACH

**FILED**
**Jul 03, 2023**
**Secretary of State**

**FEI Number:**

**Owner(s) of Fictitious Name:**

SARGENT FINANCIAL LLC
9316 BOCA GARDENS PKWY APT C
BOCA RATON, FL 33496 US
Florida Document Number: L18000255449
FEI Number: Not Applicable

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located. I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

| RICHARD SARGENT | 07/03/2023 |
| --- | --- |
| Electronic Signature(s) | Date |

**Certificate of Status Requested ( )** **Certified Copy Requested ( )**

**2025 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

**FILED**
**Jan 29, 2025**
**Secretary of State**
**5893005554CC**

DOCUMENT# L18000255449

**Entity Name:** SARGENT FINANCIAL LLC

**Current Principal Place of Business:**

9316 BOCA GARDENS PKWY
APT C
BOCA RATON, FL 33496

**Current Mailing Address:**

9316 BOCA GARDENS PKWY
APT C
BOCA RATON, FL 33496 US

**FEI Number: NOT APPLICABLE**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SARGENT II, RICHARD WILSON
9316 BOCA GARDENS PKWY
APT C
BOCA RATON, FL 33496 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: RICHARD WILSON SARGENT II 01/29/2025

Electronic Signature of Registered Agent Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | PRESIDENT |
| Name | SARGENT, RICHARD |
| Address | 9316 BOCA GARDENS PKWY<br>APT C |
| City-State-Zip: | BOCA RATON FL 33496 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: RICHARD SARGENT P 01/29/2025

Electronic Signature of Signing Authorized Person(s) Detail Date

# Electronic Articles of Organization For Florida Limited Liability Company

L20000004334
FILED 8:00 AM
December 24, 2019
Sec. Of State
tscott

## Article I

The name of the Limited Liability Company is:

RAMZ MEDIA MARKETING LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

8409 N CORAL CIRCLE
NORTH LAUDERDALE, FL. UN 33068

The mailing address of the Limited Liability Company is:

8409 N CORAL CIRCLE
NORTH LAUDERDALE, FL. UN 33068

## Article III

The name and Florida street address of the registered agent is:

RAMZEY A HASSOUN
8409 N CORAL CIRCLE
NORTH LAUDERDALE, FL. 33068

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: RAMZEY HASSOUN

## Article IV

The effective date for this Limited Liability Company shall be:

01/02/2020

Signature of member or an authorized representative

Electronic Signature: RAMZEY A HASSOUN

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

**2025 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

**FILED**
**Apr 08, 2025**
**Secretary of State**
**9105261817CC**

DOCUMENT# L20000004334

**Entity Name:** RAMZ MEDIA MARKETING LLC

**Current Principal Place of Business:**

11360 NW 22ND STREET
PLANTATION, FL 33323

**Current Mailing Address:**

11360 NW 22ND STREET
PLANTATION, FL 33323 US

**FEI Number: APPLIED FOR**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

HASSOUN, RAMZEY A
11360 NW 22ND STREET
PLANTATION, FL 33323 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ______________________________________________

Electronic Signature of Registered Agent — Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | CEO |
| Name | HASSOUN, RAMZEY |
| Address | 11360 NW 22ND STREET |
| City-State-Zip: | PLANTATION FL 33323 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: RAMZEY HASSOUN — CEO — 04/08/2025

Electronic Signature of Signing Authorized Person(s) Detail — Date

# ATTACHMENT B

# Electronic Articles of Organization For Florida Limited Liability Company

L16000004449
FILED 8:00 AM
January 06, 2016
Sec. Of State
tdcannon

## Article I

The name of the Limited Liability Company is:

TJG INSURANCE LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

4007 N. UNIVERSITY DR.
#107
SUNRISE, FL. 33351

The mailing address of the Limited Liability Company is:

4007 N. UNIVERSITY DR.
#107
SUNRISE, FL. 33351

## Article III

The name and Florida street address of the registered agent is:

TIFFANIE GONZALEZ
4007 N. UNIVERSITY DR.
#107
SUNRISE, FL. 33351

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: TIFFANIE GONZALEZ

L16000004449
FILED 8:00 AM
January 06, 2016
Sec. Of State
tdcannon

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: MGR
TIFFANIE GONZALEZ
4007 N. UNIVERSITY DR. #107
SUNRISE, FL. 33351

## Article V

The effective date for this Limited Liability Company shall be:

01/06/2016

Signature of member or an authorized representative

Electronic Signature: TIFFANIE JANICE

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

# Detail by Officer/Registered Agent Name

Florida Limited Liability Company
TJG INSURANCE LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L16000004449 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 01/06/2016 |
| **Effective Date** | 01/06/2016 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | VOLUNTARY DISSOLUTION |
| **Event Date Filed** | 02/09/2017 |
| **Event Effective Date** | 02/09/2017 |

**Principal Address**

4007 N. UNIVERSITY DR.
#107
SUNRISE, FL 33351

**Mailing Address**

4007 N. UNIVERSITY DR.
#107
SUNRISE, FL 33351

**Registered Agent Name & Address**

GONZALEZ, TIFFANIE
4007 N. UNIVERSITY DR.
#107
SUNRISE, FL 33351

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

GONZALEZ, TIFFANIE
4007 N. UNIVERSITY DR. #107
SUNRISE, FL 33351

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

| | |
|---|---|
| 01/06/2016 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

Fax Server 12/7/2021 1:49:59 PM PAGE 1/005 Fax Server

L21000514712

12/7/21, 1:4 PM Division of Corporations

# Florida Department of State
## Division of Corporations
## Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H21000446066 3)))

H210004460663ABC$

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

2021 DEC -7 PM 2:00

To:
Division of Corporations
Fax Number : (850)617-6381

From:
Account Name : GREENSPOON MARDER, P.A.
Account Number : 076064003722
Phone : (888)491-1120
Fax Number : (954)333-4242

**Enter the email address for this business entity to be used for future annual report mailings. Enter only one email address please.**

Email Address: tiffanie.gonzalez@tophealthcareoptions.com

2021 DEC -7 PM 2:07

**FLORIDA LIMITED LIABILITY CO.**

**TJG Financial LLC**

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 0 |
| Page Count | 03 |
| Estimated Charge | $125.00 |

Electronic Filing Menu Corporate Filing Menu Help

App. 757

H21000446066 3

**ARTICLES OF ORGANIZATION**
**OF**
**TJG FINANCIAL LLC**

The undersigned, for the purpose of forming a limited liability company under the Florida Revised Limited Liability Company Act, Florida Statutes Chapter 605, as amended, hereby makes, acknowledges and files the following Articles of Organization.

**ARTICLE I — Name:**

The name of the Limited Liability Company is TJG Financial LLC.

**ARTICLE II — Address:**

The mailing address and street address of the principal office of the Limited Liability Company is 8633 Prospect Lane, Parkland, FL 33076.

2021 DEC -7 PM

**ARTICLE III — Duration:**

The period of duration for the Limited Liability Company shall begin with the filing of these Articles with the Florida Department of State, and shall exist perpetually, unless sooner dissolved in accordance with the Operating Agreement of the Limited Liability Company or Florida law.

**ARTICLE IV — Registered Agent:**

The name and street address of the initial registered agent for this Limited Liability Company is Tiffanie J. Gonzalez, 8633 Prospect Lane, Parkland, Florida 33076.

**ARTICLE V — Management:**

The Limited Liability Company is to be managed by managers and the name and address of the initial manager who is to serve as manager is:

Tiffanie J. Gonzalez
8633 Prospect Lane
Parkland, Florida 33076

The managers of this Limited Liability Company: (i) may be replaced by the members, and (ii) shall be elected by the members.

H210004460663

Whereof, the undersigned has executed these Articles this 7th day of December 2021.

Alan B. Cohn

Alan B. Cohn, Esq.
Authorized Representative of Member

2021 DEC -7 PM 2:00

H21000446066 3

**CERTIFICATE OF DESIGNATION OF REGISTERED AGENT/REGISTERED OFFICE**

PURSUANT TO THE PROVISIONS OF SECTION 605.0113, FLORIDA STATUTES, THE UNDERSIGNED LIMITED LIABILITY COMPANY SUBMITS THE FOLLOWING STATEMENT IN DESIGNATING THE REGISTERED OFFICE/REGISTERED AGENT, IN THE STATE OF FLORIDA.

1. The name of the limited liability company is: TJG Financial LLC

2. The name and address of the registered agent and office is:

   Tiffanie J. Gonzalez
   8633 Prospect Lane
   Parkland, Florida 33076

2021 DEC -7 PM 2:00

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, the Firm hereby accepts the appointment as registered agent and agree to act in this capacity. The Firm further agrees to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and the Firm is familiar with and accept the obligations of its position as registered agent.*

Tiffanie J. Gonzalez (Signature) December 7, 2021
Date

67950 0002 48747188v1

H21000446066 3

FLORIDA DEPARTMENT of STATE DIVISION OF CORPORATIONS

DIVISION of CORPORATIONS
*an official State of Florida website*

Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Limited Liability Company
TJG FINANCIAL LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L21000514712 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 12/07/2021 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

8633 PROSPECT LANE
PARKLAND, FL 33076

**Mailing Address**

8633 PROSPECT LANE
PARKLAND, FL 33076

**Registered Agent Name & Address**

TIFFANIE J. GONZALEZ
8633 PROSPECT LANE
PARKLAND, FL 33076

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

TIFFANIE J. GONZALEZ
8633 PROSPECT LANE
PARKLAND, FL 33076

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2023 | 01/04/2023 |
| 2024 | 01/29/2024 |
| 2025 | 04/02/2025 |

**Document Images**

| | |
|---|---|
| 04/02/2025 -- ANNUAL REPORT | View image in PDF format |

| | |
|---|---|
| 01/29/2024 -- ANNUAL REPORT | View image in PDF format |
| 03/27/2023 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 01/04/2023 -- ANNUAL REPORT | View image in PDF format |
| 01/25/2022 -- ANNUAL REPORT | View image in PDF format |
| 12/07/2021 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

**2025 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

**FILED**
**Apr 02, 2025**
**Secretary of State**
**4933325415CC**

DOCUMENT# L21000514712

**Entity Name:** TJG FINANCIAL LLC

**Current Principal Place of Business:**

8633 PROSPECT LANE
PARKLAND, FL 33076

**Current Mailing Address:**

8633 PROSPECT LANE
PARKLAND, FL 33076

**FEI Number: NOT APPLICABLE**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

TIFFANIE J. GONZALEZ
8633 PROSPECT LANE
PARKLAND, FL 33076 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ______________________________

Electronic Signature of Registered Agent — Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | TIFFANIE J. GONZALEZ |
| Address | 8633 PROSPECT LANE |
| City-State-Zip: | PARKLAND FL 33076 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: TIFFANIE GONZALEZ MGR 04/02/2025

Electronic Signature of Signing Authorized Person(s) Detail — Date

# Electronic Articles of Organization For Florida Limited Liability Company

L20000325916
FILED 8:00 AM
October 14, 2020
Sec. Of State
jafason

## Article I

The name of the Limited Liability Company is:

DISCOUNT HEALTH ADVISORS LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

8409 N CORAL CIRCLE
NORTH LAUDERDALE, FL. US 33068

The mailing address of the Limited Liability Company is:

8409 N CORAL CIRCLE
NORTH LAUDERDALE, FL. US 33068

## Article III

The name and Florida street address of the registered agent is:

RAMZEY HASSOUN
8409 N CORAL CIRCLE
NORTH LAUDERDALE, FL. 33068

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: RAMZEY HASSOUN

L20000325916
FILED 8:00 AM
October 14, 2020
Sec. Of State
jafason

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: AR
RAMZEY HASSOUN
8409 N CORAL CIRCLE
NORTH LAUDERDALE, FL. 33068 US

## Article V

The effective date for this Limited Liability Company shall be:

11/15/2020

Signature of member or an authorized representative

Electronic Signature: RAMZEY HASSOUN

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

h20000325916

400370580014

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP ☐ WAIT ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _______ Certificates of Status _______

Special Instructions to Filing Officer:

Office Use Only S.C. 08/10/21

# COVER LETTER

**TO:** **Registration Section**
**Division of Corporations**

**SUBJECT:** Discount Health Advisors LLC dba Luxury Moving Experience
Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

Amer Elaref
Name of Person

Firm/Company

600 Fairway Drive, Suite 101
Address

Deerfield Beach, FL 33441
City/State and Zip Code

tho.ramzeyhassoun@gmail.com
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Tiffanie Gonzalez at (954) 637-4268
Name of Person — Area Code — Daytime Telephone Number

Enclosed is a check for the following amount:

- ■ $25.00 Filing Fee
- ☐ $30.00 Filing Fee & Certificate of Status
- ☐ $55.00 Filing Fee & Certified Copy (additional copy is enclosed)
- ☐ $60.00 Filing Fee, Certificate of Status & Certified Copy (additional copy is enclosed)

11:24

**Mailing Address:**
Registration Section
Division of Corporations
P.O. Box 6327

**Street Address:**
Registration Section
Division of Corporations
The Centre of Tallahassee

# ARTICLES OF AMENDMENT
# TO
# ARTICLES OF ORGANIZATION
# OF

Discount Health Advisors LLC

**(Name of the Limited Liability Company as it now appears on our records.)**
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on 10/14/2020 and assigned Florida document number L20000325916.

This amendment is submitted to amend the following:

**A. If amending name, enter the new name of the limited liability company here:**

_______________

The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**
***(Principal office address MUST BE A STREET ADDRESS)***

450 Fairway Drive
Suite 105
Deerfield Beach, FL 33441

**Enter new mailing address, if applicable:**
***(Mailing address MAY BE A POST OFFICE BOX)***

600 Fairway Drive
Suite 101
Deerfield Beach, FL 33441

**B. If amending the registered agent and/or registered office address on our records, enter the name of the new registered agent and/or the new registered office address here:**

Name of New Registered Agent: _______________

New Registered Office Address: _______________
*Enter Florida street address*

_______________, **Florida** _______________
*City* *Zip Code*

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

[signature]

**If Changing Registered Agent, Signature of New Registered Agent**

**If amending Authorized Person(s) authorized to manage, enter the title, name, and address of each person being added or removed from our records:**

**MGR = Manager**
**AMBR = Authorized Member**

| Title | Name | Address | Type of Action |
|---|---|---|---|
| AMBR | Tiffanie Gonzalez | 450 Fairway Drive, Suite 105 | ■ Add |
| | | Deerfield Beach, FL 33441 | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

**E. Effective date, if other than the date of filing:** ______________________ **(optional)**

(If an effective date is listed, the date must be specific and cannot be prior to date of filing or more than 90 days after filing.) Pursuant to 605.0207 (3)(b)

**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

If the record specifies a delayed effective date, but not an effective time, at 12:01 a.m. on the earlier of: (b) The 90th day after the record is filed.

Dated July 20, 2021

Signature of a member or authorized representative of a member

Amer Elaref

Typed or printed name of signee

**App. 770**

**Filing Fee: $25.00**

**FILED**
**Mar 15, 2022**
**Secretary of State**

# ARTICLES OF DISSOLUTION

Pursuant to section 605.0707, Florida Statutes, this Florida limited liability company submits the following Articles of Dissolution:

The name of the limited liability company as currently filed with the Florida Department of State:

DISCOUNT HEALTH ADVISORS LLC

The document number of the limited liability company: L20000325916

The file date of the articles of organization: October 14, 2020

The effective date of the dissolution if not effective on the date of filing: March 15, 2022

A description of occurance that resulted in the limited liability company's dissolution:

COMPANY NO LONGER IN USE.

The name and address of the person appointed to wind up the company's activities and affairs:

TIFFANIE GONZALEZ
450 FAIRWAY DRIVE, SUITE 105
DEERFIELD BEACH, FL 33441 US

I/we submit this document and affirm that the facts stated herein are true. I/we am/are aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in section 817.155, Florida Statutes.

Signature: TIFFANIE GONZALEZ
Electronic Signature of authorized person

FLORIDA DEPARTMENT of STATE DIVISION OF CORPORATIONS

DIVISION of CORPORATIONS
an official State of Florida website

Department of State / Division of Corporations / Search Records / Search by Officer/Registered Agent Name /

# Detail by Officer/Registered Agent Name

Florida Limited Liability Company
DISCOUNT HEALTH ADVISORS LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L20000325916 |
| **FEI/EIN Number** | 86-2938104 |
| **Date Filed** | 10/14/2020 |
| **Effective Date** | 11/15/2020 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | VOLUNTARY DISSOLUTION |
| **Event Date Filed** | 03/15/2022 |
| **Event Effective Date** | 03/15/2022 |

**Principal Address**

450 FAIRWAY DRIVE, STE 105
DEERFIELD BEACH, FL 33441

Changed: 07/06/2021

**Mailing Address**

600 FAIRWAY DRIVE, STE 101
DEERFIELD BEACH, FL 33441

Changed: 07/06/2021

**Registered Agent Name & Address**

ELAREF, AMER
450 FAIRWAY DRIVE, STE 105
DEERFIELD BEACH, FL 33441

Name Changed: 07/06/2021

Address Changed: 07/06/2021

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

ELAREF, AMER
450 FAIRWAY DRIVE, STE 105
DEERFIELD BEACH, FL 33441

Title AMBR

GONZALEZ, TIFFANIE
450 FAIRWAY DRIVE
SUITE 105
DEERFIELD BEACH, FL 33441

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2021 | 04/15/2021 |

**Document Images**

| | |
| --- | --- |
| 03/15/2022 -- VOLUNTARY DISSOLUTION | View image in PDF format |
| 07/26/2021 -- LC Amendment | View image in PDF format |
| 07/06/2021 -- LC Amendment | View image in PDF format |
| 04/15/2021 -- ANNUAL REPORT | View image in PDF format |
| 10/14/2020 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

# Electronic Articles of Organization For Florida Limited Liability Company

L22000191260
FILED 8:00 AM
April 21, 2022
Sec. Of State
bcoates

## Article I

The name of the Limited Liability Company is:

SENIOR HEALTHCARE PARTNERS LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

500 FAIRWAY DRIVE
DEERFIELD BEACH, FL. US 33441

The mailing address of the Limited Liability Company is:

500 FAIRWAY DRIVE
DEERFIELD BEACH, FL. US 33441

## Article III

The name and Florida street address of the registered agent is:

TIFFANIE GONZALEZ
500 FAIRWAY DRIVE
DEERFIELD BEACH, FL. 33441

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: TIFFANIE GONZALEZ

L22000191260
FILED 8:00 AM
April 21, 2022
Sec. Of State
bcoates

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: CEO
TIFFANIE GONZALEZ
500 FAIRWAY DRIVE
DEERFIELD BEACH, FL. 33441 US

## Article V

The effective date for this Limited Liability Company shall be:

04/21/2022

Signature of member or an authorized representative

Electronic Signature: CARRIE BUKOWINSKI

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

# Detail by Officer/Registered Agent Name

Florida Limited Liability Company
SENIOR HEALTHCARE PARTNERS LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L22000191260 |
| **FEI/EIN Number** | 88-1927096 |
| **Date Filed** | 04/21/2022 |
| **Effective Date** | 04/21/2022 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | VOLUNTARY DISSOLUTION |
| **Event Date Filed** | 02/14/2024 |
| **Event Effective Date** | NONE |

**Principal Address**

500 FAIRWAY DRIVE
DEERFIELD BEACH, FL 33441

**Mailing Address**

500 FAIRWAY DRIVE
DEERFIELD BEACH, FL 33441

**Registered Agent Name & Address**

GONZALEZ, TIFFANIE
500 FAIRWAY DRIVE
DEERFIELD BEACH, FL 33441

**Authorized Person(s) Detail**

**Name & Address**

Title CEO

GONZALEZ, TIFFANIE
500 FAIRWAY DRIVE
DEERFIELD BEACH, FL 33441

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2023 | 01/04/2023 |

**Document Images**

| | |
|---|---|
| 02/14/2024 -- VOLUNTARY DISSOLUTION | View image in PDF format |
| 01/04/2023 -- ANNUAL REPORT | View image in PDF format |
| 04/21/2022 -- Florida Limited Liability | View image in PDF format |