**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:26-cv-60067-RS**

**FEDERAL TRADE COMMISSION**,

     *Plaintiff*,

v.

**TOP HEALTHCARE OPTIONS**
**INSURANCE AGENCY INC.;** *et al.*,

     *Defendants*.

                          /

**ORDER GRANTING DEFENDANTS' UNOPPOSED**
**MOTION TO MODIFY ASSET FREEZE ORDER TO AUTHORIZE**
**RELEASE OF FUNDS FOR USE AS TRUST DEPOSIT WITH COUNSEL**

**THIS CAUSE** comes before the Court on Defendants Top Healthcare Options Insurance Agency Inc.; Elevation Media Group LLC; Premier Services Group Hub LLC; Sargent Financial LLC d/b/a WeMake Media LLC; Golden State Advisors Insurance Agency LLC; United Health Options Agency LLC; Tiffanie Gonzalez; and Richard Sargent's (collectively, "Defendants") Motion to Modify Asset Freeze Order to Authorize Release of Funds for Use as Trust Deposit with Counsel [ECF No. 26] ("Motion"), filed on January 26, 2026.  Through this Motion, the Defendants, on an unopposed basis, and with the consent of the Federal Trade Commission ("FTC") and the Receiver, Jeffrey C. Schneider, Esq. ("Receiver"), move this Court to modify the scope of the Sealed Order Granting *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of a Temporary Receiver, and Other Equitable Relief, and Order to Show Cause why a Preliminary Injunction Should Not Issue [ECF No. 15] ("Asset Freeze Order"). Specifically, the Defendants request the Court to approve the release of $25,000.00 from the scope of the asset freeze, so that Defendants may utilize those funds for an initial trust deposit in connection with

their engagement of the law firm of Stumphauzer Kolaya Nadler & Sloman, PLLC ("SKN") as counsel in this case.

Based on the agreement of the FTC and the Receiver, there is a sufficient and proper showing in support of the relief requested. Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [ECF No. 26] is **GRANTED** as follows:

1.      Defendant Tiffanie Gonzalez maintains a checking account (the last four digits of the account number are 7355) at JP Morgan Chase Bank ("Chase Account").  The sum of $107,381.65 was transferred from the Chase Account to the law firm of Cozen O'Connor, and then subsequently transferred to a bank account the Receiver has opened for the administration of the receivership estate (the "Transferred Funds").

2.      Tiffanie Gonzalez may have access to $25,000 of the Transferred Funds for payment of an initial trust deposit to SKN for the legal fees the firm will incur in connection with the representation of the Defendants in this case.  Accordingly, the Receiver is hereby **AUTHORIZED** to transfer the sum of $25,000.00 from the Transferred Funds to SKN for this purpose.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 27th day of January, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

2