**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:26-cv-60067-RS**

**FEDERAL TRADE COMMISSION**,

    *Plaintiff*,

v.

**RAMZEY HASSOUN and RAMZ**
**MEDIA MARKETING, LLC**,

    *Defendants*.

                          /

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO MODIFY PRELIMINARY INJUCTION TO AUTHORIZE RELEASE OF FUNDS FOR USE AS TRUST DEPOSIT WITH COUNSEL

**THIS CAUSE** comes before the Court on Defendants' Ramzey Hassoun and Ramz Media Marketing, LLC (collectively, "Defendants") Unopposed Motion to Modify Preliminary Injunction to Authorize Release of Funds for Use as Trust Deposit with Counsel [ECF No. 60] ("Motion"), filed on February 4, 2026.  Through this Motion, the Defendants, on an unopposed basis, and with the consent of the Federal Trade Commission ("FTC") and the Receiver, Jeffrey C. Schneider, Esq. ("Receiver"), move this Court to modify the scope of the Preliminary Injunction [ECF No. 57]. Specifically, the Defendants request the Court to approve the release of $15,000.00 from the scope of the asset freeze, so that Defendants may utilize those funds as a trust deposit in connection with their engagement of the law firm of Dwyer Law, P.A. as counsel in this case.

Based on the agreement of the FTC and the Receiver, there is a sufficient and proper showing in support of the relief requested. Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [ECF No. 26] is **GRANTED** as follows:

1.      Defendant Ramzey Hassoun maintains a checking account (the last four digits of

2

the account number are 9780) at Bank of America ("BOA Account").  The sum of $435,300.51 was transferred from the BOA Account to Ramzey Hassoun's mother, and then subsequently transferred to a bank account the Receiver has opened for the administration of the receivership estate (the "Transferred Funds").

2.      Ramzey Hasoun may have access to $15,000 of the Transferred Funds for payment of a trust deposit to Dwyer Law, P.A. for the legal fees the firm will incur in connection with the representation of the Defendants in this case.   Accordingly, the Receiver is hereby **AUTHORIZED** to transfer the sum of $15,000.00 from the Transferred Funds to Dwyer Law, P.A. for this purpose.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of February, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:     Counsel of record