**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:26-cv-60067-RS**

FEDERAL TRADE COMMISSION,

    *Plaintiff*,

v.

TOP HEALTHCARE OPTIONS
INSURANCE AGENCY INC.; *et al.*,

    *Defendants*.

### DEFENDANTS TIFFANIE GONZALEZ AND RICHARD SARGENT'S CERTIFICATE OF INTERESTED PARTIES

Defendants Tiffanie Gonzalez and Richard Sargent, pursuant to this Court's Order Requiring Joint Scheduling Report, Certificate of Interested Parties and Corporate Disclosure Statements, [ECF No. 61], hereby disclose the following persons, attorneys, association of persons, firms, law firms, partnerships, and corporations that have or may have an interest in the outcome of this action:

**Plaintiff:**

1. Federal Trade Commission – Plaintiff.

**Counsel for Plaintiff:**

1. Tammy Chung – Counsel for Plaintiff;

2. Jason C. Moon – Counsel for Plaintiff; and

3. Nicole G. H. Conte – Counsel for Plaintiff.

**Defendants / Receivership Entities:**

1. Top Healthcare Options Insurance Agency Inc. – Defendant / Receivership Entity;

2. Golden State Advisors Insurance Agency LLC – Defendant / Receivership Entity;

1

3.  Top Healthcare Solutions LLC – Defendant / Receivership Entity;

4.  Direct Health Solutions Insurance Agency, LLC – Defendant / Receivership Entity;

5.  Prime Healthcare Solutions Insurance Agency LLC – Defendant / Receivership Entity;

6.  Premier Services Group Hub LLC – Defendant / Receivership Entity;

7.  Elevation Media Group LLC – Defendant / Receivership Entity;

8.  Sargent Financial LLC d/b/a WeMake Media LLC – Defendant / Receivership Entity; and

9.  Ramz Media Marketing, LLC – Defendant / Receivership Entity.

**Individual Defendants:**

1.  Tiffanie Gonzalez – Defendant;

2.  Ramzey Hassoun – Defendant; and

3.  Richard Sargent – Defendant.

**Non-Party Receivership Entities:**

1.  United Health Options Agency, LLC - Receivership Entity; and

2.  America's Marketing Team Insurance Agency, LLC - Receivership Entity.

**Counsel for Defendants:**

1.  Stumphauzer Kolaya Nadler & Sloman, PLLC, counsel for Tiffanie Gonzalez and Richard Sargent;

2.  Ryan K. Stumphauzer, Esq., counsel for Tiffanie Gonzalez and Richard Sargent;

3.  Timothy A. Kolaya, Esq., counsel for Tiffanie Gonzalez and Richard Sargent;

4.  Dwyer Law, P.A. – Counsel for Ramzey Hassoun and Ramz Media Marketing, LLC;

5.  Jared E. Dwyer, Esq. – Counsel for Ramzey Hassoun and Ramz Media Marketing, LLC;

6.  Daniel T. Galo – Counsel for Direct Health Solutions Insurance Agency, LLC;

7.  Cove Law, P.A. – Counsel for Top Healthcare Solutions LLC;

8.  Andew N. Cove, Esq. – Counsel for Top Healthcare Solutions LLC;

9.  Peterson Legal, P.A. – Counsel for Top Healthcare Solutions LLC;

2

10.  James A. Peterson – Counsel for Top Healthcare Solutions LLC;

Dated: February 11, 2026

Respectfully Submitted,

**STUMPHAUZER KOLAYA
NADLER & SLOMAN, PLLC**
2 South Biscayne Boulevard, Suite 1600
Miami, Florida 33131
T: (305) 614-1400; F: (305) 614-1425

*/s/ Timothy A. Kolaya*
Ryan K. Stumphauzer (FBN 12176)
rstumphauzer@sknlaw.com
Timothy A. Kolaya (FBN: 056140)
tkolaya@sknlaw.com

*Counsel for Tiffanie Gonzalez and Richard Sargent*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Timothy A. Kolaya*
TIMOTHY A. KOLAYA

3